**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

~~FILED~~
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 02 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

**HARPER ROSS FARMS,
GRACEWOOD FARMS,
GRACE AG PARTNERSHIP,
CC&B FARMS,
TRIPLE C FARMS, and
REALITY PARTNERS II**

                                                    **PLAINTIFFS**

**VS.**                    CIVIL ACTION NO. _2:14cv119-BSM_

**JASON T. COLEMAN, CHRISTOPHER TAYLOR,
NEAUMAN COLEMAN; TURNER GRAIN
MERCHANDISING, INC.; TURNER GRAIN, INC.
 d/b/a TURNER GRAIN;  AGRI-PETROLEUM
SALES, LLC; AGRIBUSINESS PROPERTIES,
LLC; IVORY RICE, LLC; BRINKLEY TRUCK
BROKERAGE, LLC; LJTC, L.L.C.;
NEAUMAN COLEMAN & CO - LLC;
RICE AMERICA, INC.; RICE ARKANSAS, INC.;
TURNER NORTH, LLC; and
JOHN AND JANE DOES 1-30**

                                        **DEFENDANTS**

This case assigned to District Judge _Miller_
and to Magistrate Judge _Young_

**COMPLAINT
(JURY TRIAL DEMANDED)**

        **COME NOW,** Plaintiffs, Harper Ross Farms, Gracewood Farms, Grace Ag Partnership,

CC&B Farms, Triple C Farms and Reality Partnership II, by their attorneys, and file this Complaint

against the Defendants herein, and in support thereof will show unto the Court as follows:

        **I. PARTIES.**

                **A.      Plaintiffs.**

1.      Plaintiff, Harper Ross Farms (hereinafter **"Ross"**), is a Mississippi General

Partnership with principal offices in Mississippi compromised of the following persons and/or entities, all of whom are residents of the state of Mississippi: Eagle Ridge Farms, Inc., a Mississipip corporation, Little Sandy Ridge Farms, Inc., a Mississippi corporation, Dickens Farms, Inc., a Mississippi corporation, MS Delta Farms, Inc., a Mississippi corporation and Mississippi Delta Trucking Co., Inc., a Mississippi corporation.

2.      Plaintiff, Gracewood Farms (hereinafter "**Gracewood**"), is a Mississippi Partnership with principal offices in Mississippi compromised of the following persons, both of whom are residents of Mississippi:   Gene Stock and Jane Stock.

3.      Plaintiff, GraceAg Partnership (hereinafter "**GraceAg**", is a Mississippi General Partnership with principal offices in Mississippi compromised of the following persons and/or entities, all of whom are residents and domiciled in the state of Mississippi:   LTO, Inc., a Mississippi corporation, Bubba Oakes, Inc., a Mississippi corporation and Joshua Oakes, an adult resident citizen of Mississippi, Tammy Oakes, Inc., a Mississippi corporation, Scott Jinks, Inc., a Mississippi corporation, and Andrea Jinks, a Mississippi corporation.

4.      Plaintiff, CC&B Farms (hereinafter "**CC&B**"), is a Mississippi General Partnership with principal offices in Mississippi compromised of the following persons and/or entities, all of whom are residents or domiciled in the state of Mississippi: Donal Crowe, Inc., a Mississippi corporation, M & M Farms, Inc., a Mississippi corporation, L & R Farms, Inc., a Mississippi corporation, Donal & Faris, LLC, a Mississippi Limited Liability Company with D. Faris Buchberger, an adult resident citizen of Mississippi,  as member, and D & G Planting Co, Inc., a Mississippi corporation.

5.      Plaintiff, Triple C Farms (hereinafter "**Triple C**"),  is a Mississippi General

Partnership with principal offices in Mississippi compromised of the following persons, all of whom are adult resident citizens of Mississippi:  Patsy Lee Zepponi, Chester Zepponi, Jr. and Christopher Lee Zepponi.

6.     Reality Partnership II (hereinafter "**Reality**") is a Mississippi General Partnership, with principal offices in Mississippi compromised of the following persons and/or entities, all of whom are adult resident citizens or domiciled in the state of Mississippi: Martin H. Walker, Margaret H. Walker, Johanna S. Walker, George Rea Walker, Jr. Exempt Marital Trust (under the Last Will and Testament of George Rea Walker, Jr. being administered in the Chancery Court of Washington County, Mississippi) and George Rea Walker, Jr. Nonexempt Marital Trust (under the Last Will and Testament of George Rea Walker, Jr. being administered in the Chancery Court of Washington County, Mississippi).

### B.     Defendants.

7.     Jason T. Coleman is an Arkansas resident, who may be served at 411 N. Main Street, Brinkley, Arkansas, 72021, or where he may be found.

8.     Christopher Taylor is an Arkansas resident, who may be served at 411 N. Main Street, Brinkley, Arkansas, 72021, or where he may be found.

9.     Neauman Coleman is an Arkansas resident, who may be served at 411 N. Main Street, Brinkley, Arkansas, 72021, or where he may be found.

10.     Turner Grain Merchandising, Inc. is an Arkansas Corporation whose principal place of business at 411 N. Main Street, Brinkley, Arkansas, and whose registered agent has resigned, but which may be served with process by service at 105 West Broadway, Forrest City, Arkansas, 72335.

11.     Turner Grain, Inc. d/b/a Turner Grain is, upon information and belief, a partnership

consisting of Jason T. Coleman, Dale C. Bartlett, both residents of the State of Arkansas, and potentially other named or unnamed Defendants herein who are not residents of the State of Mississippi, and may be served with process by service upon one of its partners.

12.     Agri-Petroleum Sales, L.L.C. is an Arkansas limited liability company whose principal place of business is 411 N. Main Street, Brinkley, Arkansas, 72021, and which may be served with process by serving its registered agent, Jason T. Coleman, at 411 N. Main Street, Brinkley, Arkansas, 72021.

13.     Agribusiness Properties, LLC is an Arkansas limited liability company whose address is 411 N. Main Street, Brinkley, Arkansas, 72021 and which may be served with process by serving its registered agent, Jason Coleman, at 411 N. Main Street, Brinkley, Arkansas, 72021.

14.     LJTC L.L.C. is an Arkansas limited liability company whose address is 411 W. Main Street, Brinkley, Arkansas, 72021 and which may be served with process by serving its registered agent, Jason T. Coleman, at 411 W. Main Street, Brinkley, Arkansas, 72021.

15.     Ivory Rice LLC is an Arkansas limited liability company whose address is 411 N. Main Street, Brinkley Arkansas, 72021 and which may be served with process by serving its registered agent, Neauman Coleman, at 411 N. Main Street, Brinkley, Arkansas, 72021.

16.     Neauman Coleman & Co - LLC is an Arkansas limited liability company whose address is 411 North Main Street, Brinkley, Arkansas, 72021 and which may be served with process by serving its registered agent, Neauman Coleman, at 411 North Main Street, Brinkley, Arkansas, 72021.

17.     Rice America, Inc. is an Arkansas corporation whose address is 411 North Main Street, Brinkley Arkansas, 72021 and which may be served with process by serving its registered

4

agent, Neauman D. Coleman, at 411 North Main Street, Brinkley, Arkansas, 72021.

18.     Rice Arkansas, Inc. is an Arkansas corporation whose address is 411 North Main Street, Brinkley, Arkansas, 72021 and which may be served with process by serving its registered agent, Neauman D. Coleman, at 411 North Main Street, Brinkley, Arkansas 72021.

19.     Brinkley Trucking Brokerage, LLC is an Arkansas limited liability company whose address is 411 N. Main Street, Brinkley, Arkansas, 72021 and which may be served with process by serving its registered agent, Dale Bartlett, at 7102 Highway 1 South, Marvel, Arkansas, 72366.

20.     Turner North LLC is an Arkansas limited liability company whose address is 411 W. Main Street, Brinkley, Arkansas, 72021 and which may be served with process by serving its registered agent, Jason Coleman, at 1907 South Grand Avenue, Brinkley, Arkansas 72021.

21.     John and Jane Does 1-30 are unknown entities or unknown individuals who may be liable to the Plaintiff's herein. Plaintiffs reserve the right to amend their complaint to add additional Defendants as their identities become known.

**II.     JURISDICTION AND VENUE.**

22.     This Court has jurisdiction pursuant to 28 U.S.C. §1332 in that there is complete diversity of citizenship and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Venue is proper in this Court pursuant to 28 U.S.C. §1391.

**III.     FACTS.**

23.     On or about July 31, 2014, Ross entered into what it believed was a valid and enforceable contract with Turner Grain, Inc. (hereinafter "**Turner Grain**") to provide 400,000 bushels of yellow corn at a price of $5.69 per bushel. (hereinafter referred to as the "**Turner Contract**"). A copy of said contract is attached hereto as **Exhibit 1**.

24.     As evidenced by the Turner Contract, Ross was the "Seller" and Turner Grain was the "Broker."   The Turner Contract also references an undisclosed entity as "Purchaser."  Upon information and belief, the "Purchaser" of Plaintiffs' corn  were Gavilon Grain, LLC, Ivory Rice, LLC, Agribusiness Properties, LLC, Oakley Grain, Inc., and perhaps others. (hereinafter "**Purchasers**").

25.     Ross, along with Gracewood, GraceAG, CC&B, Triple C, and Reality, supplied 335 truckloads, or approximately 310,000 bushels of yellow corn, shipped to and/or on behalf of Purchasers pursuant to the Turner Contract.  A copy of shipping tickets evidencing grain shipped from Plaintiff's farms are attached as follows: **Exhibit 2A-Ross; Exhibit 2B-Gracewood; Exhibit 2C-Grace Ag; Exhibit 2D-CC&B; Exhibit 2E-Triple C; and, Exhibit 2F-Reality.**

26.     While not named parties in the Turner Contract, Gracewood, GraceAG, CC&B, Triple C, and Reality were intended and/or third-party beneficiaries under said contract.

27.     Turner Grain is not a corporation licensed to do business in either the State of Mississippi or the State of Arkansas, nor was it an authorized fictitious name of any other corporation licensed to do business in the State of Mississippi or Arkansas.  Despite not being licensed to do business in the State of Mississippi or Arkansas, Turner Grain conducted business in said states by virtue of its dealing with Plaintiffs.

28.     Upon information and belief, Turner Grain is a partnership arising under the law of the State of Arkansas by the intent of its members, who are, upon further information and belief, Jason T. Coleman and Dale C. Bartlett.  It is further believed that Neauman Coleman and Christopher Taylor, by virtue of their relationships with Jason T. Coleman and Dale C. Bartlett, as well as to other suspected, interrelated alter ego corporations of these individuals or Turner Grain

Merchandising, Inc., as well as Purchasers herein, are or may have been members of this partnership as well. Additional individuals whose identities are currently unknown are or may be members of this partnership, and Plaintiffs reserve the right to amend this Complaint to assert claims against those individuals as their identities become known.

29.     Upon information and belief, Jason T. Coleman, Neauman Coleman, and Christopher Taylor (the **"Individual Defendants"**), along with Dale C. Barlett, used entities or fictitious entities including but not limited to Turner Grain, Inc., Turner Grain Merchandising, Inc., Agri-Petroleum Sales, LLC, Agribusiness Properties, LLC, Ivory Rice, LLC, Brinkley Truck Brokerage, LLC, LJTC, LLC, Neuman Coleman & Co., LLC, Rice America, Inc., Rice Arkansas, Inc., and Turner North, LLC (the **"Corporate Defendants"**) and perhaps various others which may or may not be named as Defendants herein, as interrelated alter egos of the same entity. While all of the above named corporate Defendants appear to be separate and distinct corporations, these corporations are, in all actuality, the alter egos of one another and of the Individual Defendants, would disregard the corporate form of the Corporate Defendants.

30.     Upon information and belief, Defendants disregarded the corporate form of the Corporate Defendants to transfer money and/or property between one or more of the Corporate Defendants herein, or some authorized/unauthorized fictitious name of any of the Corporate Defendants herein.

31.     Upon information and belief, Defendants and/or one or more of these suspected alter egos entered into contract(s) with Purchasers for the sale of Plaintiffs' yellow corn, with such corn to be delivered to destinations provided by Purchasers. (hereinafter referred to as the "**Purchaser-Turner Contracts**").

7

32.     Upon further information and belief, Purchasers entered into contracts with end-users of Plaintiffs' yellow corn, including but not limited to Tyson Foods, Inc., Foster Farms, Pilgrim's Pride and perhaps others (**"End-Users"**) and that, in the weeks subsequent to the date of the Turner Contract, approximately 335 truck loads or approximately 310,000 bushels of Plaintiffs' corn was delivered to the End-Users pursuant to the Purchaser-Turner Contracts.

33.     Upon further information and belief, said End-Users have paid Purchasers for the corn delivered from Plaintiffs' farms and/or Purchasers are in possession of funds paid to Purchasers by End-Users for Plaintiff's corn.

34.     Upon information and belief, some or all of Purchasers have not yet paid Turner Grain or any of its authorized/unauthorized fictitious names or interrelated alter ego corporations, for all sums due and owing pursuant to the Purchaser-Turner Contracts.  Should it be discovered that such funds have not been paid, Plaintiffs reserve the right to amend to name any Purchaser as a party to compel interpleader and for other appropriate relief.

35.     On August 27, 2014, Purchasers Oakley Grain, Inc. and Bruce Oakley, Inc. filed an Amended Complaint in Interpleader against these Plaintiffs and others in this Court, Cause No. 4:14cv483-KGB, wherein said Purchasers seek to interplead funds in the amount of $513,463 (referred to hereinafter as the "Oakley Interpleader Action").

36.     Defendants and/or any of its authorized/unauthorized fictitious names or interrelated alter ego corporations have failed to pay Plaintiffs the amount due and owing to them for the corn delivered pursuant to the Turner Contract.

37.     Plaintiffs reserve the right to amend this Complaint to state additional, relevant facts if and when they are discovered.

8

## IV.    CAUSES OF ACTION

### A.    BREACH OF CONTRACT.

38.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-37.

39.    Plaintiffs assert a breach of contract claim against Defendants and/or any of its authorized/unauthorized fictitious names or interrelated alter ego corporations named herein.

40.    Plaintiffs entered into a valid and enforceable contract with Defendants and/or one of its authorized/unauthorized fictitious names or interrelated alter ego corporations named as a Corporate Defendant herein.

41.    Defendants were obligated to pay to Plaintiffs all sums due and owing under the contract for Plaintiffs' performance.

42.    Defendants and/or one or more of its authorized/unauthorized fictitious names or interrelated alter ego corporations have failed to pay to Plaintiffs any of the said sums presently due and owing under the contract, thereby constituting a material breach.

43.    As a result of the breach under the contract as set forth above, Plaintiffs have incurred substantial financial damage, and Plaintiffs will continue to suffer damage until all amounts due and owing under the contracts are paid.

44.    Plaintiffs assert an award of attorneys' fees incurred as a result of the breach of contract as set forth above.

### C.    CONVERSION

45.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-44.

46.    Plaintiffs have delivered corn to Defendants pursuant to the terms of the Turner Contract.

47.     Plaintiffs have not been compensated for the delivered yellow corn by any of the Defendants.

48.     Defendants have failed and refused to return Plaintiffs' corn, or the funds received from the sale thereof, and exercised dominion and control over Plaintiffs' property.  Such exercise of dominion and control over Plaintiffs' property constituted a wrongful denial by Defendants of Plaintiffs' right to their property, whether it be corn or the proceeds obtained from the sale thereof.

49.     Defendants have wrongfully converted the property of the Plaintiffs.

50.     Said conversion of Plaintiff's property has resulted in substantial damage to the Plaintiffs for which Defendants are liable.

### D.     NEGLIGENCE.

51.     Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-50.

52.     All of the facts described herein were caused by the negligence of the Defendants, which consists of, but are not limited to the following, which negligence was a proximate cause of the damages sustained by Plaintiffs, viz:

  a.     Failure to use ordinary care;

  b.     Failure to maintain sufficient grain and/or funds in their control in order to meet the claims and demands of Plaintiffs;

  c.     Failure to use ordinary care under the circumstances;

  d.     Were otherwise guilty of negligence which will be more particularly described during the course of this litigation.

### E.     FRAUD IN THE INDUCEMENT

53.     Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-53.

54.     Defendants falsely represented to Plaintiffs that Defendants would pay the amounts stated in the contract upon Plaintiffs' shipment of corn under the Turner Contract.

55.     Defendants knew or should have known that they were unable to pay these amounts when they entered into the Turner Contract and such representation was materially false.

56.     Defendants intended to induce Plaintiffs' reliance on their representation of payment under the Turner Contract.

57.     Plaintiffs justifiably relied upon the Defendants' representations when they entered into the Turner contract to their detriment.

58.     Plaintiffs have suffered, and continue to suffer, substantial financial damage as a result of their justifiable reliance upon the Defendants' material misrepresentation of fact.

### F.     CIVIL CONSPIRACY

59.     Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-58.

60.     Defendants and perhaps others who are not parties hereto, knowingly entered into a conspiracy to defraud Plaintiffs of their corn and the proceeds therefrom.

61.     Defendants and/or any of its authorized/unauthorized fictitious names or interrelated alter ego corporations, along with Purchasers and potentially other Defendants, have committed overt acts in furtherance of the conspiracy to defraud Plaintiffs of their corn and the proceeds therefrom.

62.     Defendants intended to cause significant financial damage to Plaintiffs through the conspiracy.

63.     As a result of Defendants' intention to cause harm to Plaintiffs, said Plaintiffs have suffered, and continue to suffer, substantial financial damage.

### G.    THEFT BY DECEPTION

64.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-63.

65.    Defendants represented to Plaintiffs that Defendants would pay the amounts stated in the contract upon shipment of the Plaintiffs' corn, despite their knowledge that such representation was false and that they either would not be able to pay or simply would not pay the amount stated in said contract.

66.    Such representation was a deception by the Defendants to deprive the Plaintiffs of their corn and the proceeds therefrom.

67.    As a result of said deception, Plaintiffs have suffered, and continue to suffer, substantial financial damage.

### H.    ARKANSAS DECEPTIVE TRADE PRACTICES ACT

68.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-67.

69.    Defendants intentionally deceived Plaintiffs when they represented that they would pay for all corn delivered under the Turner Contract.  Additionally, Defendants intentionally employed a false pretense to induce the Plaintiffs to ship their corn to them under the Turner contract, knowing full well that they were either not going to pay, or could not pay, Plaintiffs for said corn.

70.    Defendants concealed from Plaintiffs their inability to pay for Plaintiffs' corn contracted for.  The fact that Defendants could not pay for all corn delivered by Plaintiffs was a material fact of the Turner Contract, and such concealment was meant to induce the reliance of Plaintiffs.

71.    Plaintiffs have suffered, and continue to suffer, significant financial damage as a

result of the deception and concealment of the Defendants.

## I.    JOINT VENTURE.

72.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-71.

73.    Upon information and belief, Defendants, along with others, possessed a common object and purpose with respect to the undertaking of obtaining Plaintiffs' grain upon false pretenses and each had an equal right to direct and govern the movements and conduct of one another with respect to such undertaking.

74.    Additionally, Plaintiffs allege that Defendants shared in the profits and losses of such venture.

75.    Accordingly, the relationship between the Defendants constituted a joint venture by and among one another with respect to the purchase of Plaintiffs' grain upon such false pretenses.

75.    Defendants are jointly and severally liable to Plaintiffs on account thereof.

## J.    DEMAND FOR AN ACCOUNTING.

76.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-75.

77.    Defendants should be required to account to the Plaintiffs for all amounts paid by Purchasers under the Purchaser-Turner Contracts.

## K.    DECLARATORY JUDGMENT.

78.    Plaintiffs adopt and incorporate herein the allegations contained in paragraphs 1-77.

79.    Plaintiffs seek a finding by this Court that corn at issue was obtained by theft through the deception and contrivance of Defendants.

80.    Plaintiffs seek a finding by this Court that any and all subsequent possessors, Purchasers, and End-Users of Plaintiffs corn are not bona fide purchasers of said corn, do not have

good title thereto and that such corn, or the proceeds therefrom, should be returned to Plaintiffs.

81.     Plaintiffs seek a finding by this Court that, by virtue of the shipping tickets from Plaintiffs, that Defendants were on notice that each of these Plaintiffs were intended or third-party beneficiaries under the Turner Contract.

82.     Plaintiffs seek a finding by this Court that Plaintiffs are the intended or third-party beneficiary of the contracts between Defendants, and/or any of its authorized/unauthorized fictitious names or interrelated alter ego corporations, and Purchasers.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs pray for the following relief against the Defendants, jointly and severally:

(A)     For a judgment against Defendants, jointly and severally, in the amount of $1,763,900, plus all costs, attorney's fees, less amounts recovered by Plaintiffs in the Oakley Interpleader Action;

(B)     That Defendants be required to provide an accounting of all corn or the proceeds from any subsequent sale of Plaintiffs' corn received, including the entity or entities which purchased the corn;

(C)     That Defendants be further required to provide detailed information concerning the amounts and current whereabouts of Plaintiffs' corn which has not yet been sold;

(D)     That Plaintiffs be granted a lien on any and all corn sold to Defendants by Plaintiff, with such lien extending to potential third party purchasers of said corn who may also be added to this action as additional Defendants;

(E)     For a judgment for damages in an amount to be determined, including a reasonable attorneys fees and legal costs incurred by Plaintiffs against Defendants for the

necessity of bringing this action;

(F)    Punitive damages in an amount as may be appropriate;

(G)    Any other relief this Court deems appropriate in the premises; and

(H)    Plaintiffs demand trial by jury.

Respectfully Submitted,

**HARPER ROSS FARMS, GRACEWOOD FARMS, GRACE AG PARTNERSHIP, CC&B FARMS, TRIPLE C FARMS and REALITY PARTNERSHIP II, Plaintiffs**

By: _____

**Bradley F. Hathaway, Ark. Bar No. 96036**
**Their Attorney**

**OF COUNSEL:**

**Bradley F. Hathaway, Ark. Bar No. 96036**
**P. Scott Phillips, MS Bar No. 4168**
**CAMPBELL DELONG, LLP**
**923 WASHINGTON AVENUE**
**POST OFFICE BOX 1856 (38702-1856)**
**GREENVILLE, MS 38701**
**TELEPHONE: (662) 335-6011**
**FACSIMILE: (662) 334-6407**
**E-MAIL: bhathaway@campbelldelongllp.com**

**Turner Grain, Inc.**
411 N. Main Street
Brinkley, Arkansas 72021

Contract Number: _7-3-14_

**Grain Confirmation**

This agreement is entered into between Turner Grain, Inc. (Broker) and Seller of grain (Seller).

The Seller is: _Harper Ross Farms_

Address: _____ City _Leland_ State _MS_ Zip _38756_

Seller agrees to sell _400,000_ loads / bushels of _corn_, based on a No. 2 Grade.

Purchaser agrees to pay _5⁶⁹_ U.S. funds per bushel F.O.B. _FARM_

Market Scale of discounts apply.  (Posted and available upon request)

Shipment is expected to begin: Buyers Call _July / Aug_

F.O.B. Rates not equal to _____ /bushel to seller account.   Special Conditions: _____

At time of delivery, any grain that does not meet the criteria contracted herein is subject to rejection, delayed shipping periods, alternate destination, or adjustment at Purchasers option. Upon "Buyers Call" for the grain, any grain not shipped within the delivery period, starting on notified date of delivery, is subject to any and all cost associated with delayed shipping including but not limited to: port fees, grade fees, freight, barge merging, barge demurrage, loading and unloading. Purchaser reserves the right to cancel, extend delivery time, alter shipping periods and destinations or fill at the above destination or elsewhere. Purchaser's performance under this confirmation is contingent upon conditions beyond Purchasers control such as, but not limited to, labor disputes or disturbances, embargo delays, accidents, fire, delay or non-performance of carriers, war and acts of God. Failure to meet contract agreements may result in "Market Price Difference" to sellers account and/or cancellation of contract at Purchasers option. A contract cancellation fee of .10 per bushel will apply to all undelivered bushels, plus any gain in the price on the date of cancellation from the price on the date of booking. Payment process from purchaser will begin upon completion of contract. Purchaser reserves the right to reject off-grade grain or to unload grain without first notifying Seller. If corn: Maximum aflatoxin level is 20 ppb, 15% moisture and above equals a discount rate of 1.5% of price for every .5 tenths of moisture. Freight and associated costs for partial and rejected loads will be for the sellers account. Weights and grades will be determined by Purchaser. Grain Delivered for rail shipment will be settled on certified rail weights.

Over delivery (within one truck load: approximately 55,000 lbs) shall be priced at Turner Grains option.

Seller has the following Agri Lender: _____

Seller has the following Liens: _____

Seller has the following Landlords: _____

As required by CCC regulations and in addition to the other terms and conditions of this agreement (including customary industry practices and terms applicable to such purchases), Purchaser and Seller(s) agree that the following provision applies to purchase: Notwithstanding any other provision of this option to purchase, title, risk of loss, and beneficial interest in the grain as specified in 7 C.F.R. part 1421, shall remain with the producer until the Purchaser exercises the option to purchase the grain. This option to purchase shall expire, notwithstanding any action or inaction by either the Seller or Purchaser at the earliest of (1) the maturity of any CCC price support loan which is secured by grain: (2) the date the CCC claims title to such grain: or (3) such other date as provided in this option.
Seller warrants that the above named lien holders at the only entities entitled to a lien upon the crops that are the subject of this confirmation. Seller warrants that if no liens are acknowledged the seller is liable to the Purchaser and Turner Grain, Inc. for any and all claims to the grain. Seller further warrants that in fulfilling this contract, including all phases of growing of the grain, that Seller has not violated any federal, state, or local law, rule, or regulation. Failure to sign and return this confirmation constitutes acceptance of this confirmation as it is written

Turner Grain Inc.                           Seller: _____

411 N. Main Street                          By: _____

Brinkley, Arkansas 72021                    Date: _8.16.14_

EXHIBIT
_1_

*tare - 29760*
*Gross - 82400*

# FGDI

**A Division of AGREX INC.**
Atlanta Office

2160 Morningside Drive
Suite 100
Buford, GA 30518

**No. F00009606**

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Hughes R&A Farmers* | DESTINATION COMPANY NAME: *Arcadia* *LA* |
| ORIGIN CITY, STATE: *Stuttgart Arkansas* | DESTINATION CITY, STATE: |
| DATE LOADED: *8-8* 20 *14* | DATE UNLOADED: 20 ___  BUYER'S CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: *PO 21686* | DRIVER'S NAME: |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE *Chris Baker* |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White



**EXHIBIT**
2 A

tabbies

HR Farms - 001

# FGDI

No. F00009607

A division of AGREX INC.
Atlanta Office

800-241-8074
770-982-5858
fax  770-982-6797

2100 Morningside Drive
Suite 100
Buford, GA 30518

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER | DESTINATION COMPANY NAME |
| ORIGIN CITY, STATE | DESTINATION CITY, STATE |
| DATE LOADED                20___ | DATE UNLOADED              20___    BUYER'S    CONT NO. |
| SHIPPER'S CONTRACT # | FREIGHT COMPANY NAME |
| GRADE AND GRAIN LOADED | DESTINATION TICKET # |
| LOADOUT SCALE TICKET # | DRIVER'S NAME |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company. Be sure to show Loadout Ticket number.
Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

HR Farms - 002

Gross - 85560
+arc - 28400

# FGDI

**No. F00009607**

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of AGREX INC.
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Haukin Ross Farms* | DESTINATION COMPANY NAME: *ARcadia LA* |
| ORIGIN CITY, STATE: *Leland Ms* | DESTINATION CITY, STATE: |
| DATE LOADED: 3-8 4/8 20 14 | DATE UNLOADED: 20 ___ BUYER'S CONT. NO |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: *Okla Trking* |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: PO 216860 | DRIVER'S NAME: |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold   •   Drop off = Pink   •   Truck = Yellow   •   FGDI = White

Gross - 82 340
tare - 27 720

# FGDI

A Division of AGREX INC.
Atlanta Office

**No. F00009608**

2160 Morningside Drive
Suite 100
Buford, GA 30518

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Hunter Rost Farms* | DESTINATION COMPANY NAME: *Arcadia LA* |
| ORIGIN CITY, STATE: *Buford Ga.* | DESTINATION CITY, STATE: |
| DATE LOADED: *8-8* 20 *14* | DATE UNLOADED: 20 — BUYER'S CONT. NO |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: *DRW Trucking* |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: *PO 21 686* | DRIVER'S NAME: |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE: *Davis* |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold • Drop off = Pink • Truck = Yellow • FGDI = White

HR Farms - 003

Gross - 82100
tare - 27220

# FGDI

No. F00009609

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of AGREX INC.
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Harfor Rd* farms | DESTINATION COMPANY NAME: ARcadia LA |
| ORIGIN CITY, STATE: *lilind Ark.* | DESTINATION CITY, STATE: |
| DATE LOADED: 5 8 20 14 | DATE UNLOADED: 20   BUYER'S CONT. NO : |
| SHIPPER'S CONTRACT # : | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: | DRIVER'S NAME: ROY |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE ROY |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

Gross - ~~7756~~ 79540
Tare - 27180

# FGDI

No. F00009610

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of ALTEX INC
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Hansen RR Farm* | DESTINATION COMPANY NAME: *ABcadiry LA* |
| ORIGIN CITY, STATE: *Beard Ar* | DESTINATION CITY, STATE: |
| DATE LOADED: *8 8* 20 *14* | DATE UNLOADED: 20 ___ BUYER'S ___ CONT. NO: |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: | DRIVER'S NAME: *hellin* |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE *Kevin Hall* |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

GROSS - 85780
TaRE - 26420

# FGDI

**No. F00009611**

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of AGREX INC.
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: Hampurn Ross Farms | DESTINATION COMPANY NAME: arcadia cA |
| ORIGIN CITY, STATE: | DESTINATION CITY, STATE: |
| DATE LOADED: 5    20 14 | DATE UNLOADED:    20    BUYER'S CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: | DRIVER'S NAME: Marvin |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE Marvin Freeman |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

Ofc S- 79760
M.I - 28260

# FGDI

No. F00009612

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of AGREX INC.
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: Hunter Ross Contd | DESTINATION COMPANY NAME: Neesla C.H. |
| ORIGIN CITY, STATE: | DESTINATION CITY, STATE: |
| DATE LOADED: _____ 20 __ | DATE UNLOADED: _____ 20 __   BUYER'S   CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: | DRIVER'S NAME: deRon |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE: Deron bhrs |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

Commodity Shipping Ticket

106293

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross_ ___ Date: _8/2/14_

Landlords and Percentages: _____

Address: _Leland MS_ ___ Bin No.: ___ Farm No.: _____

Commodity: _Corn_ _____ Location: _____

Gross Weight: _84940_ ___ Trucking Co.: _Fowler/Brinkley_

Tare Weight: _27400_ ___ Net Weight: _____

Driver's Name: _Boss Bobby_

TH Prtg #21471

Commodity Shipping Ticket

106295

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross_ ___ Date: _8.2.14_

Landlords and Percentages: _____

Address: _Leland MS_ ___ Bin No.: ___ Farm No.: _____

Commodity: _Corn_ _____ Location: _____

Gross Weight: _?_____ ___ Trucking Co.: _Red Truck/Brinkley AR_

Tare Weight: _28760_ ___ Net Weight: _____

Driver's Name: _Chris Baker_

TH Prtg. #21471

Commodity Shipping Ticket

10020

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hooper Ross_                     Date: _8.2.14_

Landlords and Percentages: _____

Address: _Leland MS_              Bin No.: _____ Farm No.: _____

Commodity: _Corn_                Location: _____

Gross Weight: _83280_      Trucking Co.: _Blue / Brinkley_

Tare Weight: _29320_          Net Weight: _____

Driver's Name: _Jim Isaacs_

TH Prtg. #21471

---

Commodity Shipping Ticket

10021

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hooper Ross_                     Date: _8.2.14_

Landlords and Percentages: _____

Address: _Leland MS_              Bin No.: _____ Farm No.: _____

Commodity: _Corn_                Location: _____

Gross Weight: _80060_      Trucking Co.: _White/Blue Brinkley_

Tare Weight: _26360_          Net Weight: _____

Driver's Name: _Robert_

TH Prtg. #21471

Commodity Shipping Ticket                    106298

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross_     Date: _9-2-14_

Landlords and Percentages: _____

Address: _____ _____   Bin No.: _____ Farm No.: _____

Commodity: _____ 21   Location: _____

Gross Weight: _____   Trucking Co.: _____

Tare Weight: _____   Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

---

Commodity Shipping Ticket                    106294

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross_     Date: _8/2/14_

Landlords and Percentages: _____

Address: _Leland MS_   Bin No.: _____ Farm No.: _____

Commodity: _101N_   Location: _____

Gross Weight: _79500_   Trucking Co.: _Fowler Trucking_

Tare Weight: _28120_   Net Weight: _____

Driver's Name: _Billy Taylor_   _Billy Tla_

TH Prtg. #21471

Commodity Shipping Ticket

100290

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hunter Ross_   Date: _8-3-14_

Landlords and Percentages: _____

Address: _Brinkley AR_   Bin No.: _____ Farm No.: _____

Commodity: _rice_   Location: _____

Gross Weight: _82,940_   Trucking Co.: _Bc-D_

Tare Weight: _25,440_   Net Weight: _____

Driver's Name: _Roger Lawson_

TH Prtg #21471

---

Commodity Shipping Ticket

120290

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Wynn Ross Farm_   Date: _8-4-14_

Landlords and Percentages: _____

Address: _____   Bin No.: _____ Farm No.: _____

Commodity: _____   Location: _____

Gross Weight: _____   Trucking Co.: _____

Tare Weight: _54,460_   Net Weight: _54,520_

Driver's Name: _____

TH Prtg #21471

Commodity Shipping Ticket                               120637

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross Farr___ Date: _6.04_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _A&M_

Tare Weight: _29320_ Net Weight: _81140_

Driver's Name: _Bryan Jones_

TH Prtg. #21471

---

Commodity Shipping Ticket                               120638

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross Farms_ Date: _8.04_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _34660_ Net Weight: _79620_

Driver's Name: _____

TH Prtg. #21471

HR Farms - 012

Commodity Shipping Ticket                          120039

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526       6·04

Producer Name: _Harper Russ Farms_ Date: _7-4-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _79 160_ Trucking Co.: _Donald's_

Tare Weight: _30 / 70_ Net Weight: _____

Driver's Name: _Gerald_

TH Prtg. #21471

---

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526      4·08

Producer Name: _Harper Russ Farms_ Date: _7-4-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _MCO_

Tare Weight: _29360_ Net Weight: _____

Driver's Name: _Matt Reavely_

TH Prtg. #21471

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Morgan Ross Farm_ Date: _8-5-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _82,700_ Trucking Co.: _SP Trucks_

Tare Weight: _29,240_ Net Weight: _____

Driver's Name: _Brad Col_____

TH Ptg. #21471

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Morgan Ross Farm_ Date: _5-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _58,650_ Trucking Co.: _____

Tare Weight: _20,00_ Net Weight: _____

Driver's Name: _____

TH Ptg. #21471

Commodity Shipping Ticket                    120694

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Floyd Ross_    Date: _8-5-14_

Landlords and Percentages: _____

Address: _Kline Hls_    Bin No.: ____    Farm No.: ____

Commodity: _____    Location: _____

Gross Weight: _85130_    Trucking Co.: _A&M_

Tare Weight: _37620_    Net Weight: _____

Driver's Name: _Bryan Jones_

TH Prtg. #21471

---

Commodity Shipping Ticket                    120693

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Floyd Ross_    Date: _8-5-14_

Landlords and Percentages: _____

Address: _Kline Hls_    Bin No.: ____    Farm No.: ____

Commodity: _____    Location: _____

Gross Weight: _70700_    Trucking Co.: _C&P_

Tare Weight: _29860_    Net Weight: _____

Driver's Name: _Kelly Williams_

TH Prtg. #21471

HR Farms - 015

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _____

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: 0-6-14

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

HR Farms - 016

Commodity Shipping Ticket                    120703

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Moss Farm_ Date: _8-6-14_

Landlords and Percentages: _____ _LP Trucking_

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _81 160_ Trucking Co.: _____

Tare Weight: _28400_ Net Weight: _____

Driver's Name: _LYNDS PRATT_

TH Ptg #21471

---

Commodity Shipping Ticket                    120704

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Moss_ Date: _8-6-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _84 360_ Trucking Co.: _____

Tare Weight: _80 460_ Net Weight: _____

Driver's Name: _Dong Allard_

TH Ptg #21471

HR Farms - 017

Commodity Shipping Ticket                    120706

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harlan Root Farm_ Date: _3-6-14_

Landlords and Percentages: _alexander 01_

Address: _023 350_ Bin No.: _____ Farm No.: _____

Commodity: _25 740_ Location: _____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

---

Commodity Shipping Ticket                    120706

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harlan Root Farm_ Date: _3-6-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket                                     120710

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hampton Bros Cotton_  Date: _8 - 6 - 14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _TYSON_

Gross Weight: _85640_ Trucking Co.: _____

Tare Weight: _29140_ Net Weight: _____

Driver's Name: _____ Ricky _____

TH Prtg. #21471

Commodity Shipping Ticket                                     120709

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _____

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _Natural Gas_

Gross Weight: _80640_ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _Andy Freeman_

TH Prtg. #21471

HR Farms - 019

Commodity Shipping Ticket                          120707

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _____

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: 82,760 _____ Trucking Co.: _____

Tare Weight: 210 0 _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

---

Commodity Shipping Ticket                          120708

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _____

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: 84,940 _____ Trucking Co.: NISCO

Tare Weight: 29,780 _____ Net Weight: _____

Driver's Name: Matt Keuvell

TH Prtg. #21471

Commodity Shipping Ticket                    120835

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Harper Ross Farm_ Date: _6/4_

Landlords and Percentages: _____

Address: _____ Bin No.: ____ Farm No.: ____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _Bar-D Trucking_

Tare Weight: _28550_ Net Weight: _83140_

Driver's Name: _Roger Lawson_

TH Ptg. #21471

---

Commodity Shipping Ticket                    123853

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _____

Landlords and Percentages: _____

Address: _____ Bin No.: ____ Farm No.: ____

Commodity: _____ Location: _____

Gross Weight: _80520_ Trucking Co.: _____

Tare Weight: _28410_ Net Weight: _____

Driver's Name: _Deron John_

TH Ptg. #21471

HR Farms - 021

Commodity Shipping Ticket                    72203

**TURNER GRAIN**
411 N MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hulae Rush Corp_ ___ Date: _8-7-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _85500_ _____ Location: _North Lille Ark_

Gross Weight: _85500_ _____ Trucking Co.: _____

Tare Weight: _28740_ _____ Net Weight: _____

Driver's Name: _Dean Strother_

---

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _8-7-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _North Little Ark_

Gross Weight: _89260_ _____ Trucking Co.: _____

Tare Weight: _19260_ _____ Net Weight: _____

Driver's Name: _Hartley Rose_          TH Prtg. #21471

HR Farms - 022

Commodity Shipping Ticket                    72202

**TURNER GRAIN**
411 N. MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hugar Fast Farm_   Date: _8-7-14_

Landlords and Percentages: _____

Address: _____ Bin No. _____ Farm No. _____

Commodity: _____ Location: _Laura Umar_

Gross Weight: _8 45 80_ Trucking Co. _____

Tare Weight: _23840_   Net Weight: _____

Driver's Name: _Don D. Jord_

---

Commodity Shipping Ticket                    72205

**TURNER GRAIN**
411 N. MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hurer Rass_   Date: _8-7-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _TYSON_

Gross Weight: _84640_ Trucking Co.: _____

Tare Weight: _3N 80_   Net Weight: _____

Driver's Name: _D. DeWorld_

Commodity Shipping Ticket

120697

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _7/1/_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _NaShulle Ark_

Gross Weight: _56000_ Trucking Co.: _____

Tare Weight: _28500_ Net Weight: _____

Driver's Name: _Brad_

TH-Pdg. #21471

Commodity Shipping Ticket                      120693

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021                    PO# GBW14
OFFICE: (870) 734-4747                  PEO164
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hollenbeck Farm_   Date: _8-10-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _Nashville Ark_

Gross Weight: _85540_ Trucking Co.: _MCO_

Tare Weight: _74440_ Net Weight: _____

Driver's Name: _Matt Reavely_

TH Ptg. #21471

---

Commodity Shipping Ticket                      72204

**TURNER GRAIN**
411 N. MAIN
BRINKLEY, AR 72021                    PO# GBW14
OFFICE: (870) 734-4747                  PEO164
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hughes Grass Farm_   Date: _8-10-14_

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _Nashville ARK._

Gross Weight: _84300_ Trucking Co.: _____

Tare Weight: _27340_ Net Weight: _____

Driver's Name: _Shep W_

Commodity Shipping Ticket            72207

PO # G BW14P
E0164

**TURNER GRAIN**
411 N. MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hyper Barn Finish_      Date: 8-19-14

Landlords and Percentages: _____

Address: _____ Bin No.: ____ Farm No.: ____

Commodity: _____ Location: _Newville AR_

Gross Weight: 28040   Trucking Co.: _____

Tare Weight: 28320   Net Weight: _____

Driver's Name: _Ricky_

---

Commodity Shipping Ticket            120699

PO # G BW14P
E0164

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Hyper Barn Finish_      Date: 8-10-14

Landlords and Percentages: _____

Address: _____ Bin No.: ____ Farm No.: ____

Commodity: _____ Location: _Newville_

Gross Weight: 83080   Trucking Co.: _____

Tare Weight: 28340   Net Weight: _____

Driver's Name: _Lymas Pratt_

TH Prtg. #21471

HR Farms - 026

*Gross 84260*
*Tare 29480*

# FGDI

No. F00009601

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of AGREX INC

Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Harper Ross Turner* | DESTINATION COMPANY NAME: *Vicor MS* |
| ORIGIN CITY, STATE *Leland MS* | DESTINATION CITY, STATE |
| DATE LOADED: *8-8*  20 *14* | DATE UNLOADED:  20 __ BUYER'S |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: CONT. NO : |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: *PO AGT14PE0004* | DRIVER'S NAME |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE *Andre Wallace* |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

Gross 81680
tare 28260

# FGDI

No. F00009602

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of ALGREX
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: | DESTINATION COMPANY NAME: |
| ORIGIN CITY, STATE: | DESTINATION CITY, STATE: |
| DATE LOADED: 8-5 20 14 | DATE UNLOADED: 20 BUYER'S CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: PC AGT14PEC004 | DRIVER'S NAME: Johnny |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE Johnnie Moore |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold   •   Drop off = Pink   •   Truck = Yellow   •   FGDI = White

gross — 82780
tare: 29460

# FGDI



A Division of AGREX INC
Atlanta Office

No. F00009603

2160 Morningside Drive
Suite 100
Buford, GA 30518

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: | DESTINATION COMPANY NAME: |
| | |
| ORIGIN CITY, STATE: | DESTINATION CITY, STATE: |
| | |
| DATE LOADED: 20 14 | DATE UNLOADED: 20   BUYER'S   CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: IC A6714PE0004 | DRIVER'S NAME: |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

HR Farms - 029

GROSS 82100
TARE - 29580

# FGDI

No. F00009604

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of AGREX INC.
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: Haysler Pope Farms | DESTINATION COMPANY NAME: Union Img |
| ORIGIN CITY, STATE: Kelsord Arg | DESTINATION CITY, STATE: |
| DATE LOADED: 7-8        20 14 | DATE UNLOADED:                    BUYER'S<br>                    20       CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #: PO 1 GT14PE0004 | DRIVER'S NAME: J. DE |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

6

*Tare - 28020*
*Gross - 82900*

# FGDI

No. **F00009605**

2160 Morningside Drive
Suite 100
Buford, GA 30518

A Division of **AGREX INC.**
Atlanta Office

800-241-8074
770-932-5858
fax 770-932-3797

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER:<br><br>*Hays Rog Farms* | DESTINATION COMPANY NAME:<br><br>*Union Miss* |
| ORIGIN CITY, STATE:<br><br>*Island Miss* | DESTINATION CITY, STATE:<br><br> |
| DATE LOADED:<br><br>*7-8*   20 *14* | DATE UNLOADED:                    BUYER'S<br><br>20 ____ CONT. NO : |
| SHIPPER'S CONTRACT #: | FREIGHT COMPANY NAME: |
| GRADE AND GRAIN LOADED: | DESTINATION TICKET #: |
| LOADOUT SCALE TICKET #:<br><br>*PCAGT14PE0004* | DRIVER'S NAME:<br><br>*Lee* |
| SHIPPER'S SIGNATURE | DRIVER'S SIGNATURE |

NOTE TO SHIPPER: Please fill in all applicable information above and give a copy to the truck driver and ask him to deliver to Destination Company.
Be sure to show Loadout Ticket number.

Farm/Elevator = Gold  •  Drop off = Pink  •  Truck = Yellow  •  FGDI = White

Commodity Shipping Ticket

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _____ Date: _____

Landlords and Percentages: _____

Address: _____ Bin No.: _____ Farm No.: _____

Commodity: _____ Location: _____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg #21471

# AVILON ⟲ TRUCK SHIPMENT LADING

**SHIPPER - NOTE!**

P.O. BOX 34621
RTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

**No. L- 1736020**

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | | SHIPPED TO | |
|---|---|---|---|
| IPPER: | | CONSIGNEE: | *Peco Farm* |
| IGIN: | | DESTINATION: | *Philadelphia* |
| ATE PED: _____ ,20 ___ | SHIPPERS CONT. NO.: | DATE UNLOADED: _____ ,20 ___ | BUYER'S CONT. NO.: *SC22434* |
| ADING GRADE: | | UNLOADING GRADE: | |
| LOADING LE TICKET NO.: | | UNLOADING SCALE TICKET NO.: | |

| WEIGHTS | | | CARRIER | |
|---|---|---|---|---|
| | LOADING | UNLOADING | FIRM NAME: | *C M C* |
| SS | *12 7 7* | | DRIVER'S NAME: | *Jim* |
| RE | *28 720* | | DRIVER'S ADDRESS: | |
| T | | | DRIVER'S LICENSE NO.: | STATE: |
| S IN TRANSIT: | | | DRIVER'S SOC. SEC. NO.: | |
| | | | LICENSE NO. | TRACTOR: _____ MAKE: |
| PERS ATURE: | | | | TRAILER: _____ MAKE: |
| | | | DRIVER'S SIGNATURE: | |

**➤ NOTICE TO SHIPPER ➤**

EASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

HR Farms - 033

AVILON  TRUCK SHIPMENT LADING  No. L- 1736019
SHIPPER – NOTE!

P.O. BOX 34621
RTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| PPER: *Harper Higs Farm* | CONSIGNEE: *Ray Fox* |
| IGIN: | DESTINATION: *Philadelphia* |
| TE DED: *7-31* 20 *14*  SHIPPERS CONT. NO.: | DATE UNLOADED: _____ 20___  BUYER'S CONT. NO.: |
| ADING GRADE: *Moisture 12%* | UNLOADING GRADE: |
| LOADING LE TICKET NO.: | UNLOADING SCALE TICKET NO.: |

| WEIGHTS | | CARRIER |
|---|---|---|

| | LOADING | UNLOADING | FIRM NAME: *James Morris* |
|---|---|---|---|
| OSS | *84220* | | DRIVER'S NAME: *Walter* |
| RE | *27360* | | DRIVER'S ADDRESS: |
| :T | | | DRIVER'S LICENSE NO.: _____ STATE: ___ |
| S IN TRANSIT: | | | DRIVER'S SOC. SEC. NO.: |

| | | LICENSE NO. | TRACTOR: | MAKE: |
|---|---|---|---|---|
| PERS IATURE: | | | TRAILER: | MAKE: |

DRIVER'S SIGNATURE: *Walter*

☛ **NOTICE TO SHIPPER** ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPER'S FILE COPY

HR Farms - 034

# GAVILON ⌦ TRUCK SHIPMENT LADING

**No.L- 1736018**

SHIPPER - NOTE!

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: | CONSIGNEE: *Peco Farms* |
| ORIGIN: | DESTINATION: *Philidelphia* |
| DATE LOADED: 7-31 ,20 14 / SHIPPERS CONT. NO.: | DATE UNLOADED: ,20 / BUYER'S CONT. NO.: |
| LOADING GRADE: | UNLOADING GRADE: |
| LOADING SCALE TICKET NO.: *Mortin N.Y* | UNLOADING SCALE TICKET NO.: |

## WEIGHTS

| | LOADING | UNLOADING |
|---|---|---|
| GROSS | 80500 | |
| TARE | 27480 | |
| NET | | |

LOSS IN TRANSIT:

SHIPPERS SIGNATURE:

## CARRIER

FIRM NAME: *Cortell Farm Morris*

DRIVER'S NAME: *Carroll*

DRIVER'S ADDRESS: *Carroll*

DRIVER'S LICENSE NO.:          STATE:

DRIVER'S SOC. SEC. NO.:

LICENSE NO.    TRACTOR:    MAKE:
              TRAILER:    MAKE:

DRIVER'S SIGNATURE: *Carroll McCoun*

### ☛ NOTICE TO SHIPPER ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

# GAVILON

**TRUCK SHIPMENT LADING**

SHIPPER - NOTE!

**No. L- 173601**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| **SHIPPER:** | **CONSIGNEE:** _Peco Farms_ |
| **ORIGIN:** | **DESTINATION:** _Philadelphia_ |
| **DATE LOADED:** 7-31 20_14_   SHIPPERS CONT. NO.: | **DATE UNLOADED:** 20___   BUYER'S CONT. NO.: _S^224.34_ |
| **LOADING GRADE:** | **UNLOADING GRADE:** |
| **LOADING SCALE TICKET NO.:** _Moister 13.2_ | **UNLOADING SCALE TICKET NO.:** _29 100  91980_ |

## WEIGHTS

## CARRIER

| | LOADING | UNLOADING | FIRM NAME: | |
|---|---|---|---|---|
| **GROSS** | 82 620 | | **DRIVER'S NAME:** _Ruffus_ | |
| **TARE** | 27920 | | **DRIVER'S ADDRESS:** | |
| **NET** | | | **DRIVER'S LICENSE NO.:** | STATE: |
| **LOSS IN TRANSIT:** | | | **DRIVER'S SOC. SEC. NO.:** | |
| | | | **LICENSE NO.** TRACTOR: | MAKE: |
| **SHIPPERS SIGNATURE:** | | | TRAILER: | MAKE: |
| | | | **DRIVER'S SIGNATURE:** _Rufus_ | |

## ☛ NOTICE TO SHIPPER ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

HR Farms - 036

# GAVILON ⌦ TRUCK SHIPMENT LADING

### SHIPPER - NOTE!

**No. L- 173601**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | | SHIPPED TO | |
|---|---|---|---|
| SHIPPER: | *Harper Farms* | CONSIGNEE: | *Pece Farms* |
| ORIGIN: | | DESTINATION: | *Peiladlphia* |
| DATE LOADED: | *7-31-* ,20 *1* SHIPPERS CONT. NO.: | DATE UNLOADED: | ,20___ BUYER'S CONT. NO.: |
| LOADING GRADE: | | UNLOADING GRADE: | |
| LOADING SCALE TICKET NO.: | *Mister Bill 00* | UNLOADING SCALE TICKET NO.: | |

| WEIGHTS | | | CARRIER | |
|---|---|---|---|---|
| | **LOADING** | **UNLOADING** | FIRM NAME: | *James Morris* |
| GROSS | *83550* | | DRIVER'S NAME: | *Patrick* |
| TARE | *27200* | | DRIVER'S ADDRESS: | |
| NET | | | DRIVER'S LICENSE NO.: | STATE: |
| LOSS IN TRANSIT: | | | DRIVER'S SOC. SEC. NO.: | |
| | | | LICENSE NO. | TRACTOR: | MAKE: |
| SHIPPERS SIGNATURE: | | | | TRAILER: | MAKE: |
| | | | DRIVER'S SIGNATURE: | |

## ☛ NOTICE TO SHIPPER ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS HER COPY

# GAVILON ◁G▷ TRUCK SHIPMENT LADING

No.L- 173602

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

**SHIPPER - NOTE!**
PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS   1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Harvik Ross Farm* | CONSIGNEE: *Wilmi Farm* |
| ORIGIN: | DESTINATION: *IC # 19020* |
| DATE LOADED: *7-4-*,20*14*   SHIPPERS CONT. NO.: | DATE UNLOADED: ____,20___   BUYER'S CONT. NO.: |
| LOADING GRADE: | UNLOADING GRADE: |
| LOADING SCALE TICKET NO.: | UNLOADING SCALE TICKET NO.: |

## WEIGHTS

## CARRIER

| | LOADING | UNLOADING |
|---|---|---|
| GROSS | *89920* | |
| TARE | *27540* | |
| NET | | |
| LOSS IN TRANSIT: | | |

FIRM NAME:

DRIVER'S NAME:

DRIVER'S ADDRESS:

DRIVER'S LICENSE NO.:        STATE:

DRIVER'S SOC. SEC. NO.:

| LICENSE NO. | TRACTOR: | MAKE: |
|---|---|---|
| | TRAILER: | MAKE: |

SHIPPERS SIGNATURE:

DRIVER'S SIGNATURE: *[signature]*

## ◂ NOTICE TO SHIPPER ▸

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

HR Farms - 038

tare
25760

**Phillips Farms Elevator**

Gross
84100

**CORN**
P.O. Box 279 • Holly Bluff, MS 39194
**662-828-3223**

(Corn)          Soybeans          Wheat

**14326**          Date _8-11-14_

Producer _Harpet Russ Farms_

Location _____ Ms _____

Shipped To _Wayne Farms_

Location _Laurel, Ms_

P.O.# _19068_

Trucking Company _____

Truck Driver Signature _____

---

tare
29268

**Phillips Farms Elevator**

Gross
86020

**CORN**
P.O. Box 279 • Holly Bluff, MS 39194
**662-828-3223**

(Corn)          Soybeans          Wheat

**14327**          Date _8-11-14_

Producer _Harpet Russ Farms_

Location _____ Ms _____

Shipped To _Wayne Farms_

Location _Laurel, Ms_

P.O.# _19068_

Trucking Company _____ Mera 03

Truck Driver Signature _Danno Soft_

tare
302 40

**Phillips Farms Elevator**

Gross
85720

**CORN**

P.O. Box 279 · Holly Bluff, MS 39194
662-828-3223

(Corn)   Gross   Soybeans   Wheat

14328 Tare-302 40   Date 8-11-14

Producer   Harper Ross Farms

Location   Benoit, Ms — Roland Ms

Shipped To   Wayne Farms

Location   Laurel, Ms

P.O. #   19068

Trucking Company   Mxn

Truck Driver Signature   Ryan Knight

---

tare
27220

**Phillips Farms Elevator**

Gross
82540

**CORN**

P.O. Box 279 · Holly Bluff, MS 39194
662-828-3223

(Corn)   Soybeans   Wheat

14329   Date 8-11-14

Producer   Harper Ross Farms

Location   Benoit, Ms   Roland Ms

Shipped To   Wayne Farms

Location   Laurel, Ms

P.O. #   19068

Trucking Company   Belle Prairie Trucking

Truck Driver Signature   Peter Jnamon

## Invoice

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ADDRESS | HR Farms | ADDRESS | Laurel MS |
| CITY, STATE, ZIP | Leland MS | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 8-7-14 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | 83 440 |
| | | | | | 26 8 |
| | | 4420 | | | |

A-5840 T-48706/48721                                                              01-11

---

## Invoice

| SOLD TO | Hogan Farms | SHIP TO | Hogan Farms |
|---|---|---|---|
| ADDRESS | S | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | 4420 | | | |

A-5840 T-48706/48721                                                              01-11

# GAVILON ◮ TRUCK SHIPMENT LADING

No.L- 1736032

**SHIPPER - NOTE!**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | | SHIPPED TO | |
|---|---|---|---|
| SHIPPER: *Harris Bros Farms* | | CONSIGNEE: *Israel MS* | |
| ORIGIN: *? MS* | | DESTINATION: *Wayne Farms* | |
| DATE LOADED: - 9 ,20 14 | SHIPPERS CONT. NO.: | DATE UNLOADED: ,20 | BUYER'S CONT. NO.: |
| LOADING GRADE: | | UNLOADING GRADE: *Rec'd 11620* | |
| LOADING SCALE TICKET NO.: | | UNLOADING SCALE TICKET NO.: | |

| WEIGHTS | | | CARRIER | |
|---|---|---|---|---|
| | LOADING | UNLOADING | FIRM NAME: | |
| GROSS | *83.620* | | DRIVER'S NAME: | |
| TARE | *7.50* | | DRIVER'S ADDRESS: | |
| NET | | | DRIVER'S LICENSE NO.: | STATE: |
| LOSS IN TRANSIT: | | | DRIVER'S SOC. SEC. NO.: | |
| | | | LICENSE NO. | TRACTOR: | MAKE: |
| SHIPPERS SIGNATURE: | | | | TRAILER: | MAKE: |
| | | | DRIVER'S SIGNATURE: *Larry Lee* | |

## ◂ NOTICE TO SHIPPER ▸

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

# GAVILON ⊽ TRUCK SHIPMENT LADING

## No.L- 1736030

**SHIPPER - NOTE!**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI 1-816-421-8182
OUT OF STATE WATTS   1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Wayne Ross Farm* | CONSIGNEE: *Daniel* |
| ORIGIN: *Leland Mis* | DESTINATION: *W Wayne Farm* |
| DATE LOADED: *8-6* , 20 *14*   SHIPPERS CONT. NO.: | DATE UNLOADED: , 20   BUYER'S CONT. NO.: |
| LOADING GRADE: | UNLOADING GRADE: *P o# ~~(92-0)~~* |
| LOADING SCALE TICKET NO.: | UNLOADING SCALE TICKET NO.: *19020* |

## WEIGHTS

| | LOADING | UNLOADING |
|---|---|---|
| **GROSS** | | |
| **TARE** | *83580* | |
| **NET** | *27 900* | |
| **LOSS IN TRANSIT:** | | |
| SHIPPERS SIGNATURE: | | |

## CARRIER

| | |
|---|---|
| FIRM NAME: *O M Q #11* | |
| DRIVER'S NAME: *Carroll* | |
| DRIVER'S ADDRESS: | |
| DRIVER'S LICENSE NO.: | STATE: |
| DRIVER'S SOC. SEC. NO.: | |
| LICENSE NO. | TRACTOR: | MAKE: |
| | TRAILER: | MAKE: |
| DRIVER'S SIGNATURE: *Carroll M<Con* | |

## ☛ NOTICE TO SHIPPER ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

# GAVILON ◊ TRUCK SHIPMENT LADING   No.L- 173602

**SHIPPER - NOTE!**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI 1-816-421-8182
OUT OF STATE WATTS   1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Harper Farms* | CONSIGNEE: *Laurel* |
| ORIGIN: *Ileland MS* | DESTINATION: *Wharton Farms* |
| DATE LOADED: *8-7*,20 *14*  SHIPPERS/CONT. NO.: | DATE UNLOADED: ,20  BUYER'S CONT. NO.: |
| LOADING GRADE: | UNLOADING GRADE: |
| LOADING SCALE TICKET NO.: | UNLOADING SCALE TICKET NO.: *PC # 17020* |

## WEIGHTS / CARRIER

| | LOADING | UNLOADING | | |
|---|---|---|---|---|
| GROSS | *85 200* | | FIRM NAME: *OMG* | |
| TARE | *28 640* | | DRIVER'S NAME: *Gene* | |
| NET | | | DRIVER'S ADDRESS: | |
| LOSS IN TRANSIT: | | | DRIVER'S LICENSE NO.: | STATE: |
| | | | DRIVER'S SOC. SEC. NO.: | |
| SHIPPERS SIGNATURE: | | | LICENSE NO.   TRACTOR: *O*   MAKE: | |
| | | | TRAILER: *O*   MAKE: | |
| | | | DRIVER'S SIGNATURE: *Gene Tant* | |

### 🖎 NOTICE TO SHIPPER 🖎

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

HR Farms - 044

# GAVILON ⟲ TRUCK SHIPMENT LADING   No.L- 173603

**SHIPPER - NOTE!**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS   1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| SHIPPER: *Harper Hoss Farm* | CONSIGNEE: *Laurel MS* |
| ORIGIN: *Leland MS* | DESTINATION: *Wayne Farms* |
| DATE LOADED: *5-7- ,20 14*   SHIPPERS CONT. NO.: | DATE UNLOADED: ____ ,20___   BUYER'S CONT. NO.: |
| LOADING GRADE: | UNLOADING GRADE: |
| LOADING SCALE TICKET NO.: | UNLOADING SCALE TICKET NO.: *PO# 19020* |

| WEIGHTS | | | CARRIER | |
|---|---|---|---|---|
| | **LOADING** | **UNLOADING** | FIRM NAME: | |
| GROSS | *85 750* | | DRIVER'S NAME: | |
| TARE | *26 020* | | DRIVER'S ADDRESS: | |
| NET | | | DRIVER'S LICENSE NO.: | STATE: |
| LOSS IN TRANSIT: | | | DRIVER'S SOC. SEC. NO.: | |
| | | | LICENSE NO. | TRACTOR:   MAKE: |
| SHIPPERS SIGNATURE: | | | | TRAILER:   MAKE: |
| | | | DRIVER'S SIGNATURE: *James R Morris* | |

## ☛ NOTICE TO SHIPPER ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

SHIPPERS FILE COPY

HR Farms - 045

# GAVILON ⎎ TRUCK SHIPMENT LADING

**CONSIGNEE – NOTE!**

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

| PLEASE RETURN THIS COPY TO GAVILON WITH FINANCIAL RETURNS. |
|---|

**No.L-** 173602

MISSOURI  1-816-421-8182
OUT OF STATE WATTS  1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| **SHIPPER:** | **CONSIGNEE:** *Peco Farms* |
| **ORIGIN:** | **DESTINATION:** *Philidelphia* |
| **DATE LOADED:** _7-31_ ,20 _14_  SHIPPERS CONT. NO.: | **DATE UNLOADED:** _____ ,20 ___  BUYER'S CONT. NO.: *SC 22 3/34* |
| **LOADING GRADE:** | **UNLOADING GRADE:** |
| **LOADING SCALE TICKET NO.:** | **UNLOADING SCALE TICKET NO.:** |

| WEIGHTS | | | CARRIER | |
|---|---|---|---|---|
| | **LOADING** | **UNLOADING** | **FIRM NAME:** | *James Morhis* |
| **GROSS** | | | **DRIVER'S NAME:** | *Ben* |
| **TARE** | *26 460* | | **DRIVER'S ADDRESS:** | |
| **NET** | | | **DRIVER'S LICENSE NO.:** | **STATE:** |
| **LOSS IN TRANSIT:** | | | **DRIVER'S SOC. SEC. NO.:** | |
| | | | **LICENSE NO.** | TRACTOR:  MAKE: |
| **SHIPPERS SIGNATURE:** | | | | TRAILER:  MAKE: |
| | | | **DRIVER'S SIGNATURE:** | |

## ☛ NOTICE TO SHIPPER ☚

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

CONSIGNEE'S NOTE

HR Farms - 046

# GAVILON ⟁ TRUCK SHIPMENT LADING

No.L- 173602?

P.O. BOX 34621
NORTH KANSAS CITY, MO 64116

SHIPPER - NOTE!

PLEASE KEEP THIS COPY
FOR YOUR OWN RECORDS.

MISSOURI  1-816-421-8182
OUT OF STATE WATTS   1-800-821-5210

| SHIPPED FROM | SHIPPED TO |
|---|---|
| **SHIPPER:** | **CONSIGNEE:** |
| **ORIGIN:** | **DESTINATION:** |
| DATE LOADED: _____ ,20___   SHIPPERS CONT. NO.: | DATE UNLOADED: 5-1-14 ,20___   BUYER'S CONT. NO.: |
| **LOADING GRADE:** | **UNLOADING GRADE:** |
| LOADING SCALE TICKET NO.: | UNLOADING SCALE TICKET NO.: |

| WEIGHTS | | | CARRIER | |
|---|---|---|---|---|
| | **LOADING** | **UNLOADING** | **FIRM NAME:** | |
| **GROSS** | 83400 | | **DRIVER'S NAME:** | |
| **TARE** | 27080 | | DRIVER'S ADDRESS: | |
| **NET** | | | DRIVER'S LICENSE NO.: | STATE: |
| **LOSS IN TRANSIT:** | | | DRIVER'S SOC. SEC. NO.: | |
| | | | **LICENSE NO.** | TRACTOR:   MAKE: |
| SHIPPERS SIGNATURE: | | | | TRAILER:   MAKE: |
| | | | DRIVER'S SIGNATURE: | |

## 🖙 NOTICE TO SHIPPER 🖙

PLEASE FILL IN ALL APPLICABLE INFORMATION ABOVE! GIVE THIS COPY AND SECOND COPY TO THE TRUCK DRIVER.

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| --- | --- | --- | --- | --- |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | **SHIPPING TICKET** | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | CIRCLE ONE: Soybeans    Wheat    Milo    (Corn)    Rice | | Waterproof, LA (318) 749-3762 |

CUST#



Producer _____ Greenwood Farms _____  _____ = _____ % of load
_____ Harper Res. Contract _____  _____ = _____ % of load
_____  _____ = _____ % of load

Date Loaded: __8/11/14__                Loading Location: _____

Field / Bin #_____                Harvested by: _____

Farm #_____

Trucking Co.: __G & L   Truck  Tag # F 287575__

Truck Driver Name: __Marcan  Janzey  Trailer Tag # PT 135563__

Shipper _____ (Signature)        Driver: _____ (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____ (City)

**RICE ONLY**

Lot # _____

Variety _____

591436

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

EXHIBIT 2 B

| | | | | |
|---|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo Corn Rice

CUST#

Producer Gracewood Farms ________ = ________ % of load
Harper Ross's Contract ________ = ________ % of load
________ = ________ % of load

Date Loaded: 8/1?/14 Loading Location: ________

Field / Bin #________ Harvested by: Keith Fisher

Farm # Tick. K779936 Ar

Trucking Co.: Tindle - pt 173834

Truck Driver Name: ________

Shipper ________ (Signature) Driver: ________ (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at ________ (City)

**RICE ONLY**

Lot # ________

Variety ________

5?8197

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 002

Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564

# Farmers Grain Terminal, Inc.

P.O. Drawer 1796
Greenville, MS 38702

Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232

## SHIPPING TICKET

Greenwood, MS (662) 453-5423 | Waterproof, LA (318) 749-3762

CIRCLE ONE: Soybeans Wheat Milo Corn Rice

CUST#

Producer Gracewood Farms ______ = ______ % of load
Harper Ross's Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 8/10/14 Loading Location: ______

Field / Bin #: Rick Gramlin Turkey Harvested by: ______

Farm #: Stanford Ar

Trucking Co.: Truck - K48618 AR

PO# 6BW14PC 0164

Truck Driver Name: Trailer - pt 130719

Shipper ______ (Signature) Driver: [signature] (Signature)

Deliver to FARMER'S GRAIN TERMINAL at Nashville, Tn (City)

**RICE ONLY**

Lot # ______
Variety ______

518195

WHITE COPY - Elevator Copy - Give to Truck Driver
YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 003

Turner Grain

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Producer Gracewood Farms ____ = ____ % of load
Harper Ross's Contract ____ = ____ % of load
____ = ____ % of load

Date Loaded: 8/10/14 Loading Location: ____

Field / Bin # ____ Harvested by: JLC Trucking

Farm # Tags Posted on earlier Spec.

Trucking Co.: ____

Truck Driver Name: Bobby Bobby Ha...

Shipper ____ (Signature) Driver: ____ (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at Nashville, TN (City)

**RICE ONLY**

Lot # ____

Variety ____

GB 41 14
578196

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 004

Greenville, MS (662) 332-0987
Belzoni, MS (662) 247-3828
Indianola, MS (662) 887-5610
Hollandale, MS (662) 827-2037
Greenwood, MS (662) 453-5423

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362
Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Producer Gracewood Farms ______ = ______ % of load
Harper Rice Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 8/10/14 Loading Location: ______
Field / Bin # ______ Harvested by: ______
Farm # ______
Trucking Co.: DRW Trucking - P22022 3 Jags Truck
Truck Driver Name: JASON
Shipper ______ (Signature) Driver: ______ (Signature)

**RICE ONLY**
Lot # ______
Variety ______

Deliver to FARMER'S GRAIN TERMINAL
at Nashville Tenn (City)

5784198

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 005

Gracewood - 006

## Farmers Grain Terminal, Inc.

P.O. Drawer 1796
Greenville, MS 38702

### SHIPPING TICKET

**Greenville, MS**
(662) 332-0987

**Indianola, MS**
(662) 887-5610

**Greenwood, MS**
(662) 453-5423

**Belzoni, MS**
(662) 247-3828

**Hollandale, MS**
(662) 827-2037

**Lake Village, AR**
(870) 265-5301

**Yellow Bend, AR**
(870) 877-2362

**Mound, LA**
(318) 574-0564

**Waverly, LA**
(318) 878-8232

**Waterproof, LA**
(318) 749-3762

CIRCLE ONE:

Soybeans      Wheat      Milo      Corn      Rice      CUST#

Producer _Spencer Brown Farms_____ _____ = _____ % of load

_Highway Bros Partners_____ _____ = _____ % of load

_____ = _____ % of load

Date Loaded: _8/1/14___      Loading Location: _____

Field / Bin # _____      Harvested by: _____

Farm # _____

Trucking Co. _DBJ Truck_____

Truck Driver Name: _Bruce_____

Driver: _David M. Bowell_____
(Signature)

Shipper _____
(Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
(City)

**RICE ONLY**

Lot # _____

Variety _____

5 `8199

WHITE COPY - Elevator Copy - Give to Truck Driver      YELLOW COPY - Producer Copy - Keep for your records

Turner Grain

| | | | | |
|---|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Producer Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 5/9/14 Loading Location: ______

Field / Bin #: ______ Harvested by: ______

Farm #: ______

Trucking Co.: Truck Tag F 2[illegible] Kincade Trucking

Truck Driver Name: Trailer # 3137

Shipper ______ (Signature) Driver: Darrell [illegible] (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at Arcadia LA (City)

[illegible] HR

**RICE ONLY**

Lot # ______
Variety ______

5?8192

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 007

**Greenville, MS** (662) 332-0987
**Belzoni, MS** (662) 247-3828
**Indianola, MS** (662) 887-5610
**Hollandale, MS** (662) 827-2037
**Greenwood, MS** (662) 453-5423

# Farmers Grain Terminal, Inc.

P.O. Drawer 1796
Greenville, MS 38702

**Lake Village, AR** (870) 265-5301
**Mound, LA** (318) 574-0564
**Yellow Bend, AR** (870) 877-2362
**Waverly, LA** (318) 878-8232
**Waterproof, LA** (318) 749-3762

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice CUST#

Producer Gracewood Farms ______ = ______ % of load
Harper Rose Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 2/4/14 Loading Location: ______

Field / Bin #______ Harvested by: ______

Farm # Truck Tag F 267720

Trucking Co.: Trailer Tag PT 118556

Truck Driver Name: ______

Shipper ______ (Signature) Driver: Chris Baker (Signature)

Deliver to FARMER'S GRAIN TERMINAL
at Arcadia, LA (City)

**RICE ONLY**
Lot # ______
Variety ______

578194

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 008

Turner Grain

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
|---|---|---|---|---|
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Producer Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 5/9/14 Loading Location: ______

Field / Bin #______ Harvested by: ______

Farm #______

Trucking Co.: Trailer Tag # P1 5? 0?2

Truck Driver Name: Truck Tag # F 2??67

Shipper ______ (Signature) Driver: ______ (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at ______ (City)

**RICE ONLY**

Lot # ______

Variety ______

5?8193

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 009

| | | | | |
|---|---|---|---|---|
| Greenville, MS<br>(662) 332-0987 | Belzoni, MS<br>(662) 247-3828 | **Farmers Grain Terminal, Inc.**<br>P.O. Drawer 1796<br>Greenville, MS 38702 | Lake Village, AR<br>(870) 265-5301 | Mound, LA<br>(318) 574-0564 |
| Indianola, MS<br>(662) 887-5610 | Hollandale, MS<br>(662) 827-2037 | | Yellow Bend, AR<br>(870) 877-2362 | Waverly, LA<br>(318) 878-8232 |
| Greenwood, MS<br>(662) 453-5423 | | | | Waterproof, LA<br>(318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Producer [illegible] ______ = ______ % of load
[illegible] ______ = ______ % of load
______ = ______ % of load

Date Loaded: [illegible] Loading Location: ______

Field / Bin #: [illegible] Harvested by: ______

Farm #: [illegible]

Trucking Co.: [illegible]

Truck Driver Name: [illegible]

Shipper ______ (Signature) Driver: ______ (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at [illegible] (City)

**RICE ONLY**

Lot # ______

Variety ______

5?8185

WHITE COPY - Elevator Copy - Give to Truck Driver

YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 010

Turner Grain

| Greenville, MS<br>(662) 332-0987 | Belzoni, MS<br>(662) 247-3828 | **Farmers Grain Terminal, Inc.**<br>P.O. Drawer 1796<br>Greenville, MS 38702 | Lake Village, AR<br>(870) 265-5301 | Mound, L.<br>(318) 574-0564 |
|---|---|---|---|---|
| Indianola, MS<br>(662) 887-5610 | Hollandale, MS<br>(662) 827-2037 | **SHIPPING TICKET** | Yellow Bend, AR<br>(870) 877-2362 | Waverly, LA<br>(318) 878-8232 |
| Greenwood, MS<br>(662) 453-5423 | | CIRCLE ONE: | | Waterproof, LA<br>(318) 749-3762 |

Soybeans Wheat Milo Corn Rice

CUST#

Producer Gracewood Farms ______ = ______ % of load

Harper Bros Contract ______ = ______ % of load

______ = ______ % of load

Date Loaded: 8/8/14 Loading Location: ______

Field / Bin #______ Harvested by: ______

Farm #______ PO# 21646

Trucking Co.: DRW/ Trucking Truck Tag P220223

Truck Driver Name: Trailer Tag L651162

Shipper ______ (Signature) Driver: Jason Missouri (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at Arcadia, La (City)

**RICE ONLY**

Lot # ______

Variety ______

5?8190

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 011

Turner Grain

| | | | | |
|---|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn — circled) Rice

CUST#

Producer: Gracewood Farms ____ = ____ % of load
Harper Ross's Contract ____ = ____ % of load
____ = ____ % of load

Date Loaded: 8/8/14 Loading Location: ____

Field / Bin #: ____ Harvested by: ____

Farm #: Bar D Trucking

Trucking Co.: Tinlin Ta 3AS - pt 14963

Truck Driver Name: Truck Tag Ark K792866

RC# 21656

Shipper: ____ (Signature) Driver: [signature] (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at Arcadia, LA (City)

[signature]

**RICE ONLY**

Lot # ____

Variety ____

Dean

5?8189

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 012

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Greenville, MS (662) 332-0987
Belzoni, MS (662) 247-3828
Indianola, MS (662) 887-5610
Hollandale, MS (662) 827-2037
Greenwood, MS (662) 453-5423
Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362
Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Producer: Gracewood Farms ______ = ______ % of load
Harper Ross's Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 8/8/14
Loading Location: ______
Field / Bin #: ______
Harvested by: ______
Farm #: Tuck-Wright Farms
Trucking Co.: ______
Truck Driver Name: ______
Shipper ______ (Signature)
Driver: ______ (Signature)

Deliver to FARMER'S GRAIN TERMINAL
at Foster Farm (City)

**RICE ONLY**
Lot # ______
Variety ______

578184

WHITE COPY - Elevator Copy - Give to Truck Driver
YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 013

Gracewood - 014



SHIPPING TICKET

Farmer's Grain Terminal, Inc.
P.O. Drawer 1796
Greenville, MS 38702

CIRCLE ONE:

Soybeans   Wheat   Milo   Corn   Rice

5 18187

RICE ONLY

Lot #

Variety

Deliver to FARMER'S GRAIN TERMINAL

_____ at _____ (City)

Shipper: _____ (Signature)
Driver: _____ (Signature)
Truck Driver Name: _____
Trucking Co.: _____
Farm #: _____
Field / Bin #: _____   Harvested by: _____
Date Loaded: _____
Loading Location: _____
Producer: _____

____ % of load  =  ____
____ % of load  =  ____
____ % of load  =  ____

WHITE COPY - Elevator Copy - Give to Truck Driver
YELLOW COPY - Producer Copy - Keep for your records

Greenville, MS (662) 332-0987
Belzoni, MS (662) 247-3828
Hollandale, MS (662) 827-2037
Greenwood, MS (662) 453-5423

Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362

Indianola, MS (662) 887-5610

Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

**SHIPPING TICKET**

| | | | |
|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | Waterproof, LA (318) 749-3762 |

CIRCLE ONE:
Soybeans Wheat Milo (Corn) Rice CUST#

Producer Gracewood FARMS ______ = ______ % of load
HARPER Ross Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 7/8/14 Loading Location: ______
Field / Bin #: Wright FARMS Harvested by: ______
Farm #: ______
Trucking Co.: Truck Tag
Truck Driver Name: Robert Thomas
Shipper ______ (Signature) Driver: ______ (Signature)

Deliver to FARMER'S GRAIN TERMINAL
at Foster FARMS (City) Arcadia LA

**RICE ONLY**
Lot # ______
Variety ______

5?8186

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 015

Turner Grain

**Farmer's Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, L (318) 574-05 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, L (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | Waterproof, LA (318) 749-3762 |

**SHIPPING TICKET**

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Producer Gracewood Farms ____ = ____ % of load
Harpon Ross's Contract ____ = ____ % of load
____ = ____ % of load

Date Loaded: 8/8/14 Loading Location: ____

Field / Bin #____ Harvested by: ____ David McDaniel

Farm #____

Trucking Co.: Trailer Tag - L 588570 LA

Truck Driver Name: Truck P221756 LA

Shipper D R W Trucking (Signature) Rayville, LA Driver: David McDaniel (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at Arcadia, LA (City)

**RICE ONLY**

Lot # ____

Variety ____

578191

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 016

Joiner Grain

**Farmer's Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Producer Gracewood Farms ______ = ______ % of load
Harpon Ross's Contract ______ = ______ % of load
______ = ______ % of load

Date Loaded: 8/8/14 Loading Location: ______

Field / Bin #: JR Trucking Harvested by: PO

Farm #: Trk to Airline pt 40853 21686 Brad Collins

Trucking Co.: Truck Tag K756362

Truck Driver Name: ______

Shipper ______ (Signature) Driver: Brad C (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at Arcadia, LA (City)

**RICE ONLY**

Lot # ______

Variety ______

5?8188

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 017

Turner Grain

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| ...ville, MS ...332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| ...ola, MS ...887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| ...wood, MS ...453-5423 | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ________ = ________ % of load
for HarperRoss Contract ________ = ________ % of load
________ = ________ % of load

...ded: 8/10/13 Loading Location: ________

...n #: Truck Tag - F270447 Harvested by: ________

...Co.: Flat Creek Trucking - Lexa, AR VIN 1D549725 Norvell

...iver Name: ________

________ (Signature) Driver: [signature] (Signature)

...FARMER'S GRAIN TERMINAL
...ashville AR (City)

**RICE ONLY**

Lot # ________
Variety ________

591430

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 018

...lle, MS
...2-0987

Belzoni, MS
(662) 247-3828

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Mound, LA
(318) 574-0564

...ola, MS
...87-5610

Hollandale, MS
(662) 827-2037

**SHIPPING TICKET**

Yellow Bend, AR
(870) 877-2362

Waverly, LA
(318) 878-8232

...ood, MS
...53-5423

Waterproof, LA
(318) 749-3762

CIRCLE ONE: Soybeans Wheat Milo (Corn — circled) Rice

CUST#

Grace Wood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

...ded: 8/10/14 Loading Location: ______
...n #: ______ Harvested by: ______

...Co.: Rachel F265647
...ver Name: Lynn [signature]

______ (Signature) Driver: ______ (Signature)

...FARMER'S GRAIN TERMINAL
______ (City)

**RICE ONLY**
Lot # ______
Variety ______

591431

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 019

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

...e, MS
...0987

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

...MS
...-5610

...od, MS
...-5423

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo Corn Rice

CUST#

Grace Wood Farms = ______ % of load
Harper Rogg contract = ______ % of load
= ______ % of load

Loading Location:
Harvested by:
...d: 8/10/14
...#
P207117
...o: ORW
...er Name: John Fair John Fair (Signature) Driver: (Signature)

**RICE ONLY**
Lot #
Variety

591432

...ARMER'S GRAIN TERMNAL
(City)

WHITE COPY - Elevator Copy - Give to Truck Driver
YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 020

| | | | | |
|---|---|---|---|---|
| ...MS ...0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| ...MS ...5610 | Hollandale, MS (662) 827-2037 | **SHIPPING TICKET** | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| ...d, MS ...-5423 | | CIRCLE ONE: | | Waterproof, LA (318) 749-3762 |

Soybeans Wheat Milo (Corn) Rice

CUST#

Grace Wood Farms ________ = ________ % of load

+ Harper Ross Contract ________ = ________ % of load

________ = ________ % of load

...d: 8/10/14 Loading Location: ________

...# ________ Harvested by: ________

Flat Creek

...o.: F29425

...er Name: Curtis Conner Curtis Conner

________ (Signature) Driver: ________ (Signature)

FARMER'S GRAIN TERMINAL

________ (City)

**RICE ONLY**

Lot# ________

Variety ________

591433

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 021

# Farmers Grain Terminal, Inc.

P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| Belzoni, MS (662) 247-3828 | Hollandale, MS (662) 827-2037 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Grace Wood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

8/10/14 Loading Location: ______

Harvested by: ______

Flat Creek F285042

Name: Andy Carey

Andy Carey (Signature) Driver: ______ (Signature)

FARMER'S GRAIN TERMINAL

______ (City)

**RICE ONLY**

Lot # ______
Variety ______

591434

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 022

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

**SHIPPING TICKET**

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

CIRCLE ONE:

Soybeans Wheat Milo Corn Rice

CUST#

[Gr]ace Wood Farms ______ = ______ % of load
[H]arper Ross contract ______ = ______ % of load
______ = ______ % of load

8/10/14 Loading Location: ______
Harvested by: ______

Crossett Farms K44618 McCrory Ark.

Name: Joseph Crossett
(Signature) Driver: [signature] (Signature)

[FA]RMER'S GRAIN TERMINAL
(City)

**RICE ONLY**
Lot# ______
Variety ______

591435

WHITE COPY - Elevator Copy - Give to Truck Driver ... YELLOW COPY - Producer Copy - Keep for your records

Mound, LA

Gracewood - 023

MS
987

MS
610

MS
423

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Belzoni, MS (662) 247-3828 · Lake Village, AR (870) 265-5301 · Mound, LA (318) 574-0564

Hollandale, MS (662) 827-2037 · Yellow Bend, AR (870) 877-2362 · Waverly, LA (318) 878-8232

Waterproof, LA (318) 749-3762

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load

Harper Ross Contract ______ = ______ % of load

______ = ______ % of load

8/11/14 Loading Location:

Harvested by:

JLC Farms Truck Tag # F 288668

Name: Truck Tag # 230810

(Signature) Driver: Bobby (Signature)

RMER'S GRAIN TERMINAL

(City)

**RICE ONLY**

Lot #

Variety

591437

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 024

Gracewood - 025

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| MS [illegible] | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| MS [illegible]610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| MS [illegible]423 | | | Waterproof, LA (318) 749-3762 |

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ____ = ____ % of load
Hyper Rice Contract ____ = ____ % of load
____ = ____ % of load

8/11/14 Loading Location: ____
Harvested by: ____

Truck Tag - C289212
Name: [illegible]
(Signature) Driver: [illegible] (Signature)

[FAR]MER'S GRAIN TERMINAL
[illegible] (City)

**RICE ONLY**
Lot #: ____
Variety ____

591438

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE:

Soybeans Wheat Milo Corn (circled) Rice

CUST#

Gracewood Farms ____ = ____ % of load
Harper Ross Contract ____ = ____ % of load
____ = ____ % of load

8/11/14 Loading Location: ____
Harvested by: ____

Wright Farms Truck Tag 2X660?
Name: Trailer Tag PT 89 687
____ (Signature) Driver: Bowe (Signature)

[illegible]MER'S GRAIN TERMINAL
[illegible] LA (City)

**RICE ONLY**
Lot # ____
Variety ____

591439

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 026

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE:

Soybeans Wheat Milo Corn (circled) Rice

CUST#

Gracewood Farms ______ = ______ % of load

Harper Rice Contract ______ = ______ % of load

______ = ______ % of load

8/11/14

Loading Location: ______

Harvested by: ______

Truck Tag F 291478

Name: Trailer Tag 982 56X

(Signature) Driver: Glenn (Signature)

FARMER'S GRAIN TERMINAL

...lle, AR (City)

**RICE ONLY**

Lot # ______

Variety ______

591440

WHITE COPY - Elevator Copy - Give to Truck Driver

YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 027

Gracewood - 028

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Belzoni, MS (662) 247-3828
Hollandale, MS (662) 827-2037
Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362
Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

8/11/14 Loading Location: ______
Harvested by: ______

TLC Farms Truck Tag # F282379
...me: Trailer Tag PT 129127
(Signature) Driver: Robert Thomas (Signature)

...ER'S GRAIN TERMINAL
...LA (City)

**RICE ONLY**
Lot # ______
Variety ______

591441

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

8/11/14 Loading Location: ______
Harvested by: ______

Wright Farms Truck Tag F 288669
…ame: Trailer Tag PT 118724
______ (Signature) Driver: Holley (Signature)

…MER'S GRAIN TERMINAL
______ (City)

**RICE ONLY**
Lot# ______
Variety ______

591442

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 029

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

# Farmers Grain Terminal, Inc.

P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Mound, LA
(318) 574-0564

Yellow Bend, AR
(870) 877-2362

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

## SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo (Corn — circled) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

8/11/14 Loading Location: ______

Harvested by: ______

RUSEL Trucking E 265443

...me: 882-662

(Signature) Driver: Donald (Signature)

...MER'S GRAIN TERMINAL

(City)

**RICE ONLY**

Lot # ______
Variety ______

591443

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 030

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE:

Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Harper Ross Construct ______ = ______ % of load
______ = ______ % of load

08/11/14 Loading Location: ______
Harvested by: ______

...ED 79017 Truck
...me: Trailer 801266

______ (Signature) Driver: Paul ______ (Signature)

...MERS GRAIN TERMINAL
...B... AR (City)

**RICE ONLY**

Lot # ______
Variety ______

591444

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 031

Tysin

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Belzoni, MS (662) 247-3828
Hollandale, MS (662) 827-2037
Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362
Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

## SHIPPING TICKET

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

8/11/14 Loading Location: ______
Harvested by: ______

Truck Tag F 282921 AFL Transportation
...me: Trailer Tag # 439 2258

(Signature) Driver: Terry (Signature)

...ERS GRAIN TERMINAL
...HR
(City)

**RICE ONLY**
Lot # ______
Variety ______

591445

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 032

Belzoni, MS (662) 247-3828
Hollandale, MS (662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362

Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Harper Ross Contract ______ = ______ % of load
______ = ______ % of load

8/11/14 Loading Location: ______
Harvested by: ______

MEL Transportation Truck F 286310
...me: Trailer PT 139568

______ (Signature) Driver: Oscar (Signature)

...ER'S GRAIN TERMINAL
Nashville, AR
(City)

**RICE ONLY**
Lot # ______
Variety ______

591446

WHITE COPY - Elevator Copy - Give to Truck Driver   YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 033

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

# SHIPPING TICKET

CIRCLE ONE:

Soybeans Wheat Milo Corn (circled) Rice

CUST#

Gracewood Farms ________ = ________ % of load
Harper Ross Contract ________ = ________ % of load
________ = ________ % of load

[illegible] Loading Location: ________

Harvested by: ________

[illegible] Truck Tag # I-288958
[illegible]me: Trailer Tag # PT 169578

(Signature) Driver: Mathew (Signature)

[...]ER'S GRAIN TERMINAL
[illegible] AR (City) [signature]

**RICE ONLY**

Lot # ________
Variety ________

591447

WHITE COPY - Elevator Copy - Give to Truck Driver
YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 034

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| | | | |
|---|---|---|---|
| Belzoni, MS (662) 247-3828 | | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| | | | Waterproof, LA (318) 749-3762 |

**SHIPPING TICKET**

CIRCLE ONE:
Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Halfter Ross Rose Contract ______ = ______ % of load
______ = ______ % of load

Loading Location: ______
Harvested by: ______

Truck Tag K 44618
Trailer Tag 91170

______ (Signature) Driver: [signature] (Signature)

...ER'S GRAIN TERMINAL
...AR (City) [signature]

**RICE ONLY**
Lot # ______
Variety ______

591448

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 035

Belzoni, MS
(662) 247-3828

Hollandale, MS
(662) 827-2037

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Yellow Bend, AR
(870) 877-2362

Mound, LA
(318) 574-0564

Waverly, LA
(318) 878-8232

Waterproof, LA
(318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE: Soybeans Wheat Milo (Corn) Rice

CUST#

Gracewood Farms ______ = ______ % of load
Hope Rose Contract ______ = ______ % of load
______ = ______ % of load

Loading Location: ______
Harvested by: ______

Truck ______
Trailer ______

______ (Signature) Driver: ______ (Signature)

[...]ER'S GRAIN TERMINAL

[...]lle, AR (City)

**RICE ONLY**
Lot # ______
Variety ______

591449

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Belzoni, MS (662) 247-3828
Hollandale, MS (662) 827-2037
Lake Village, AR (870) 265-5301
Yellow Bend, AR (870) 877-2362
Mound, LA (318) 574-0564
Waverly, LA (318) 878-8232
Waterproof, LA (318) 749-3762

**SHIPPING TICKET**

CIRCLE ONE:
Soybeans Wheat Milo Corn (circled) Rice

CUST#

Gracewood Farms, ______ = ______ % of load
Hopper RDs, Chattanooga(?) ______ = ______ % of load
______ = ______ % of load

Loading Location: ______
Harvested by: ______

Truck K 791812
Trailer DT 145577

______ (Signature) Driver: Thomas (Signature)

...ERS GRAIN TERMINAL
[signature]
(City) ... AR

**RICE ONLY**
Lot # ______
Variety ______

591450

WHITE COPY - Elevator Copy - Give to Truck Driver YELLOW COPY - Producer Copy - Keep for your records

Gracewood - 037

Graeswood - 038

## Customer Information Sheet
**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date: _____

Customer Name: _____
(Name as it will appear on scale ticket)

Farmer/Farm Name: _____
(If same as customer name, write SAME!)

Driver's Name: _____
First Name            Last Name

Truck Tag #: _____

Trailer Tag #: _____

Make of Truck: _____

Color of Truck: _____

Additional/Remarks (If Needed): _____

---

## Information Sheet
VE THIS TICKET WITH EACH LOAD

Date: _____

Customer Name: *Graeswood Farm*
(Name as it will appear on scale ticket)

Farmer/Farm Name: *Harper Row Contract*
(If same as customer name, write SAME!)

First Name: *David*      Last Name: _____

*LC88570*

*P221756*

*Delivered to: Yellow lab*

(If Needed): _____

**stomer Information Sheet** Corn

ER MUST HAVE THIS TICKET WITH EACH LOAD
**XCEPTION**

8/11/14

mer Name: Gracewood Farms
(Name as it will appear on scale ticket)

r/Farm Name: Harper Ross Controls Farm#:
(If same as customer name, write 'SAME')

's Name: Rick
First Name Last Name

Tag #: K48612

r Tag #: 180 719

of Truck:

: Nashville, AR

nal/Remarks (If Needed):

---

**Customer Information Sheet**

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
**NO EXCEPTION**

Date:

Customer Name:
(Name as it will appear on scale ticket)

Farmer/Farm Name: Farm#:
(If same as customer name, write 'SAME')

Driver's Name:
First Name Last Name

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

Gracewood - 039

# Customer Information Sheet

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
**NO EXCEPTION**

Corn

Date: 8/11/14

Customer Name: Gracewood Farms
(Name as it will appear on scale ticket)

Farmer/Farm Name: Harper Ross Contract Farm#:
(If same as customer name, write 'SAME')

Driver's Name: Kieth Fisher
First Name Last Name

Truck Tag #: K 779936

Trailer Tag #: PT 123834

Make of Truck:

Co[redacted]ck: Nashville, AR

Additional/Remarks (If Needed):

# Customer Information Sheet

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
**NO EXCEPTION**

Date:

Customer Name:
(Name as it will appear on sca

Farmer/Farm Name:
(If same as customer name, write 'SAM

Driver's Name:
First Name Last Na

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

## stomer Information Sheet

ER MUST HAVE THIS TICKET WITH EACH LOAD
XCEPTION

8/11/14

mer Name: Gracewood Farms
(Name as it will appear on scale ticket)

r/Farm Name: Harper Ross Contract Farm#:
(If same as customer name, write 'SAME')

's Name: Ed
First Name Last Name

Tag #: P225756

r Tag #: L743599

of Truck:

[redacted]k: Delivered To: Yellow Bin

nal/Remarks (If Needed):

## Customer Information Sheet

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION

Date:

Customer Name:
(Name as it will appear on scale ticket)

Farmer/Farm Name: Farm#:
(If same as customer name, write 'SAME')

Driver's Name:
First Name Last Name

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

Gracewood - 041

# stomer Information Sheet

**ER MUST HAVE THIS TICKET WITH EACH LOAD**
**EXCEPTION**

8/11/14

mer Name: Gracewood Farms
(Name as it will appear on scale ticket)

r/Farm Name: Harper Ross Contracts Farm#:
(If same as customer name, write 'SAME')

's Name: Patrick
First Name Last Name

Tag #: P1Z023Z

r Tag #: L65 1996

of Truck:

[redacted]: Delivered To: Yellow Bin

nal/Remarks (If Needed):

# Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date:

Customer Name:
(Name as it will appear on scale ticket)

Farmer/Farm Name: Farm#:
(If same as customer name, write 'SAME')

Driver's Name:
First Name Last Name

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

Gracewood - 042

Gracewood - 043

## Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date: _____

Customer Name: _____
(Name as it will appear on scale ticket)

Farmer/Farm Name: _____
(if same as customer name, write SAME)
Permit: _____

Driver's Name: _____
First Name          Last Name

Truck Tag #: _____

Trailer Tag #: _____

Make of Truck: _____

Color of Truck: _____

Additional/Memos (if Needed): _____

---

## r Information Sheet

VE THIS TICKET WITH EACH LOAD

Customer Name:
(Name as it will appear on scale ticket)    *Gracewood Farm*

Farmer/Farm Name:    *Glenn Russ Contract*
(if same as customer name, write SAME)
Permit:

Driver's Name:    *John*
First Name          Last Name

Truck Tag #:    *P 202117*

Trailer Tag #:    *L 678181*

Color of Truck:    *Peterbilt Tri Yellow RA*

Needed):

## stomer Information Sheet

ER MUST HAVE THIS TICKET WITH EACH LOAD
:XCEPTION

Corn

8/11/14

mer Name: Gracewood Farms
(Name as it will appear on scale ticket)

r/Farm Name: Harper Ross Contract Farm#:
(If same as customer name, write 'SAME')

's Name: Dyon
First Name Last Name

Tag #: E 281425

Tag #: PT 114491 ARK

of Truck:

[redacted] Nashville, AR

nal/Remarks (If Needed):

## Customer Information Sheet

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION

Date:

Customer Name:
(Name as it will appear on scale ticket)

Farmer/Farm Name: Farm#:
(If same as customer name, write 'SAME')

Driver's Name:
First Name Last Name

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

Gracewood - 044

## stomer Information Sheet

ER MUST HAVE THIS TICKET WITH EACH LOAD
:XCEPTION

8/11/14

mer Name: Gracewood Farms
(Name as it will appear on scale ticket)

r/Farm Name: Harper Ross Contract Farm#:
(If same as customer name, write 'SAME')

's Name: Andy
First Name Last Name

Tag #: F 285082

r Tag #: PT 66199

of Truck:

[redacted]ok: Nashville, AR

onal/Remarks (If Needed):

## Customer Information Sheet

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION

Date:

Customer Name:
(Name as it will appear on scale ticket)

Farmer/Farm Name: Farm#:
(If same as customer name, write 'SAME')

Driver's Name:
First Name Last Name

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

## stomer Information Sheet

ER MUST HAVE THIS TICKET WITH EACH LOAD
XCEPTION

8/11/14

mer Name: Gracewood Farms
(Name as it will appear on scale ticket)

r/Farm Name: Harper Ross Contract Farm#:
(If same as customer name, write 'SAME')

's Name: Lymas Pratt
First Name Last Name

Tag #: F 283324

r Tag #: VT 68066

of Truck:

[redacted]: Nashville, AR

onal/Remarks (If Needed):

## Customer Information Sheet

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION

Date:

Customer Name:
(Name as it will appear on scale ticket)

Farmer/Farm Name: Farm#:
(If same as customer name, write 'SAME')

Driver's Name:
First Name Last Name

Truck Tag #:

Trailer Tag #:

Make of Truck:

Color of Truck:

Additional/Remarks (If Needed):

8/12/14

LH 0001

Customer Name: Gracewood Farms

Farmer/Farm Name: H___ Contract

Driver's Name: Barcu

Truck Tag #: F 288667

Trailer Tag #: PT 89 CP2

State of Truck:

Consignment: Arcadia/FL

Additional/Remarks (if Needed):

8/12/14

*LH 0002*

Customer Name: Gracewood Farms

Farmer/Farm Name: Hunter Ris Contract

Farm:
(If different from Customer Name, write "SAME")

Driver's Name: John Fair
First Name              Last Name

Truck Tag #: P207117

Trailer Tag #: L588181

Make of Truck:

Color of Truck: Arcadia, LA

Additional/Remarks (If Needed):

8/12/14

~~LH0002~~

LH0002

Customer Name: Greenwood Farm

Person/Farm Name: Horses Contract

Driver's Name: David
First Name                          Last Name

Truck Tag #: P221756

Trailer Tag #: LC88570

State of Truck:

City of Truck: Arcadia, LA

Additional/Remarks (If Needed):

8/12/14

~~Letters~~
LH 0004

Customer Name: _Gracewood Farms_

Form/Farm Name: _Contract_

Parish: _____

Driver's Name: _Patrick_

First Name          Last Name

Truck Tag #: _P | 70 234_

Trailer Tag #: _LGS 1996_

Make of Truck: _____

~~Color~~ Truck: _Arcadia, LA_

Additional/Remarks (if Needed): _____

8/12/14

LH 0005

Customer Name: Gracewood Farms

Farmer/Farm Name:

Driver's Name: Ed

First Name                    Last Name

Truck Tag #: P225756

Trailer Tag #: L743599

Make of Truck:

City and State: Arcadia, LA

Additional/Remarks (if Needed):

8/12/14

LH 0 006

Customer Name: Gracewood Farm

Former/Farm Name: Manger Bon Contract   Farm#:

Driver's Name: Jason

First Name                          Last Name

Truck Tag #: P220223

Trailer Tag #: L651167

Make of Truck:

Color of Truck: Arcadia, LA

Additional/Remarks (If Needed):

8/12/14

Customer Name: Gracewood Farm

Parcel/Form Number:

Driver's Name: Darrel

First Name · Last Name

Truck Tag #: F 284 025

Trailer Tag #: PT 3137

Make of Truck:

Color of Truck: Yellow, B12, AR

Additional/Remarks (If Needed):

8/12/14

LM 0008

Customer Name: _____ Greenwood Farms _____

_____ Beef Contract _____

Feminal/Female Weight: _____  Finish: _____

Driver's Name: ___ Robert Thomas ___
                    First Name          Last Name

Truck Tag #: ___ F 282379 ___

Trailer Tag #: ___ PT 139127 ___

Make of Truck: _____

City/State: ___ Arkedia, AR ___

Additional/Remarks (If Needed): _____

_____

_____

8/12/14

Gracewood Farms

LH0009

Customer Name:

Person/Farm Name:                                                        Parish:

Driver's Name: _Rick_____
             First Name                                    Last Name

Truck Tag #: _K 48618_____

Trailer Tag #: _PT 120719_____

Make of Truck: _____

Company/Farm: _Nashville, AR_____

Additional Remarks (If Needed): _____
_____
_____

8/12/14                                        LH0010

Customer Name: _____ Graceland Farms _____

Parent/Farm Name: _____ Contract _____           Parent: _____

Driver's Name: _____ Kietz  Fisher _____
                    First Name                    Last Name

Truck Tag #: _____ 279936 _____

Trailer Tag #: _____ PT 122834 _____

Make of Truck: _____

City/State: _____ Nashville, AR _____

Additional/Remarks (if Needed): _____
_____
_____
_____

**Customer Information Sheet**

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION

LH0011

Date: 8/12/14

Customer Name: Gracewood Farms

Farm/Farms Name: Barry Ross Contract          Farm#:

Driver's Name: Joseph
First Name                                      Last Name

Truck Tag #: K 44 618

Trailer Tag #: PT 91 170

Make of Truck:

Color of Truck: Nashville, AR

Additional/Remarks (If Needed):

DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION

*LH0012*

Date: _8/12/14_

Customer Name: _Cottonwood Farms_
(Same as Company on scale ticket)

Forward/Farm Name: _Harper Bass Contract_          Farm#: _____
(If same as customer name, write "SAME")

Driver's Name: _Oscar_
               First Name          Last Name

Truck Tag #: _F 256310_

Trailer Tag #: _PT 139568_

Make of Truck: _____

Origin/Stock: _Pine Bluff, AR_

Additional/Remarks (if Needed): _____

_____

_____

*LH 0012*

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION**

*LH0013*

Date: _8/12/14_

Customer Name: _Gracewood Farms_
(PLEASE COMPLETE (on scale ticket))

Farmer/Farm Name: _Hay or Ryan Contract_         Farm#: _____
(if same as farmer above, write "SAME")

Driver's Name: _Thomas_
                  First Name                    Last Name

Truck Tag #: _K 791812_

Trailer Tag #: _PT 145877_

Make of Truck: _____

~~_____~~ _N_____R Pine Bluff, AR_

Additional/Remarks (if Needed): _____

_____

_____

*LH0013*

*LH0014*

# Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date: 8/12/14

Customer Name: Gracewood Farms
*(name of person who will appear on scale ticket)*

Farmer/Farm Name: Harper Ross Contract     Farm#:
*(if customer name is same as farmer name, write "SAME")*

Driver's Name: Mathew
First Name          Last Name

Truck Tag #: F 288958

Trailer Tag #: PT 129578

Make of Truck:

City/State/Route: Pine Bluff, AR

Additional/Remarks (If Needed):

*LH0014*

LH0015

## Customer Information Sheet
**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date: 8/12/14

Customer Name: Gracewood Farms

Farmer/Farm Name: Harper Ross Contract

(If farmer/farm name is same, write "SAME")

Driver's Name: Bill
                First Name          Last Name

Truck Tag #: F 292673

Trailer Tag #: PT 135663

Make of Truck:

Contact/Route: Oakly, Arkansas City, AR / Yellow Bin

Additional/Remarks (if Needed):

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

ZH 0016

Date: 8/12/14

Customer Name: Gracewood Farms

Farmer/Farm Name: Harper Bass Contract   Permit:

Driver's Name: Andy Freeman
First Name        Last Name

Truck Tag #: F 286721

Trailer Tag #: 3685GT oklahoma

Make of Truck:

Color/Style: Yellow Rin,

Additional/Remarks (if Needed):

*LH 0017*

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date: **8/12/14**

Customer Name: **Gracewood Farms**

Farm/Site Name: **Harpen Ross Contract**   Field: _____

Driver's Name: **Melton** _____
First Name                                    Last Name

Truck Tag #: **F 288792**

Trailer Tag #: **99508713   OK**

Make of Truck: _____

Color of Truck: **Yellow Bio**

Additional Remarks (If Needed): _____

_____

_____

_____

*LH 0018*

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

Date: 8/12/14

Customer Name: Gracewood Farms

Farm/Bin Name: ~~Harper Bros Contract~~ Bin#: _____

Driver's Name: Darrell
First Name        Last Name

Truck Tag #: F 284025

Trailer Tag #: PT 3137

Make of Truck: _____

Color of Truck: Yellow Bin, AR

Additional/Remarks (if Needed): _____

_____

_____

# Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION**

LH00 19

Date: 8/12/14

Customer Name: Gracewood Farms
(NAME AS IT WILL appear on scale ticket)

Farmer/Field Name: Warren Ross Contract
(IF DIFFERENT FROM CUSTOMER NAME, write "SAME")   Farm#: _____

Driver's Name: Hollie
First Name                                  Last Name

Truck Tag #: F 28P669

Trailer Tag #: PT 118724

State of Truck: _____

County/State: Pine Bluff, AR

Additional/Remarks (If Needed): _____

# Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

LH0020

Date: 8/12/14

Customer Name: Gracewood Farms
(Must be exact name appear on scale ticket)

Farm/Farm Name: Harden Ross Contract
(If different than Customer Name, write 'SAME')   Email:

Driver's Name: Oscar
First Name                    Last Name

Truck Tag #: F 286310

Trailer Tag #: PT 139568, AR

Make of Truck:

Color: Pine Bluff, AR

Additional/Remarks (if Needed):

# Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD**
**NO EXCEPTION**

LH0021

Date: _8/12/14_

Customer Name: _Cottonwood Farms_
(will appear on scale ticket)

Farmer/First Name: _Harper Ross Contract_ Farm#: _____
(if different than above, write "SAME")

Driver's Name: _Chris_
First Name          Last Name

Truck Tag #: _F 287728_

Trailer Tag #: _PT 118556_

Make of Truck: _____

Color of Truck: _Pine Bluff_

Additional/Remarks (If Needed): _____

# Customer Information Sheet

**DRIVER MUST HAVE THIS TICKET WITH EACH LOAD
NO EXCEPTION**

LH0022

Date: _8/13/14_

Customer Name: _Gracewood Farms_
(As It Appears on the grain ticket)

Farmer/Farm Name: _Harper Basis Contract_
(If Customer Name and Farm Name are the same, write "SAME")

Driver's Name: _Barres_
First Name                    Last Name

Truck Tag #: _F 288667_

Trailer Tag #: _PT 89 682_

Make of Truck: _____

Comments: _Destination: Pine Bluff, AR_

Additional/Remarks (If Needed): _____

Commodity Shipping Ticket ①    106324

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/14_
Landlords and Percentages: _____
Address: _Benoit, MS_ Bin No.: ____ Farm No.: _4618_
Commodity: _Corn_    Location: _Dahomey_
Gross Weight: _____ Trucking Co.: _Kemper_
Tare Weight: _____ Net Weight: _____
Driver's Name: _Herb Kemper_

_Herb Kemper_

TH Prtg. #21471

Commodity Shipping Ticket ②    106321

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/2014_
Landlords and Percentages: _____
Address: _Benoit, MS_ Bin No.: ____ Farm No.: _4618_
Commodity: _Corn_    Location: _Dahomey_
Gross Weight: _____ Trucking Co.: _Steve Powers_
Tare Weight: _____ Net Weight: _____
Driver's Name: _Steve Powers_

TH Prtg. #21471

EXHIBIT
2 C

Grace Ag - 001

Commodity Shipping Ticket          ③          106322

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_  Date: _8/6/14_

Landlords and Percentages: _____

Address: _Benoit, MS_  Bin No.: _____  Farm No.: _4618_

Commodity: _Corn_  Location: _Dahomey_

Gross Weight: _____  Trucking Co.: _Lil Bros Express_

Tare Weight: _____  Net Weight: _____

Driver's Name: _Brandon May_  _Brandon May_

TH Prtg. #21471

---

Commodity Shipping Ticket          ④          106323

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/14_

Landlords and Percentages: _____

Address: _Benoit, MS_  Bin No.: _____  Farm No.: _4618_

Commodity: _Corn_  Location: _Dahomey_

Gross Weight: _____  Trucking Co.: _Rusel Corneal's T._

Tare Weight: _____  Net Weight: _____

Driver's Name: _Lawrence Glover_  _Lawrence Glover_

TH Prtg. #21471

Commodity Shipping Ticket     ⑤     106325

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/14_
Landlords and Percentages: _____
Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_
Commodity: _Corn_ Location: _Oahomey_
Gross Weight: _____ Trucking Co.: _Donald's Truck_
Tare Weight: _____ Net Weight: _____
Driver's Name: _Gerald Whiteside_ _[signature]_

TH Prtg. #21471

Commodity Shipping Ticket     ⑥     106326

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/14_
Landlords and Percentages: _____
Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_
Commodity: _Corn_ Location: _Oahomey_
Gross Weight: _____ Trucking Co.: _Anthony Mashburn_
Tare Weight: _____ Net Weight: _____
Driver's Name: _Anthony Mashburn_ _[signature]_

TH Prtg. #21471

Commodity Shipping Ticket      ⑦      106327

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership   Date: 8/6/14

Landlords and Percentages: _____

Address: Benoit, MS    Bin No.: _____   Farm No.: 4618

Commodity: Corn    Location: Dahomey

Gross Weight: _____    Trucking Co.: Caviness Truck'n

Tare Weight: _____    Net Weight: _____

Driver's Name: Welton Robinson   Welton Robinson

TH Prtg. #21471

---

Commodity Shipping Ticket      ⑧      106328

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership   Date: 8/6/14

Landlords and Percentages: _____

Address: Benoit, MS    Bin No.: _____   Farm No.: 4618

Commodity: Corn    Location: Dahomey

Gross Weight: _____    Trucking Co.: TDR Trucking

Tare Weight: _____    Net Weight: _____

Driver's Name: Chris Baker — Chris Baker

TH Prtg. #21471

Commodity Shipping Ticket ⑨ 106329

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomy_

Gross Weight: _____ Trucking Co.: _MCO Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Matthew Reavely_ _Matt Rea_

TH Prtg. #21471

Commodity Shipping Ticket ⑩ 106330

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/6/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _TDR_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket   (11)      106315

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Ptnrship  Date: 8/6/14

Landlords and Percentages: _____

Address: Benoit, ms   Bin No.: _____ Farm No.: 4618

Commodity: Corn   Location: Dahomey

Gross Weight: _____ Trucking Co.: FDR Trucking

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

---

Commodity Shipping Ticket   (12)      106316

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership  Date: 8/6/14

Landlords and Percentages: _____

Address: Benoit, ms   Bin No.: _____ Farm No.: 4618

Commodity: Corn   Location: Dahomey

Gross Weight: _____ Trucking Co.: Tate Trucking

Tare Weight: _____ Net Weight: _____

Driver's Name: Charlie Bozarda   Charlie Bozart

TH Prtg. #21471

Commodity Shipping Ticket          (13)          106317

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_   Date: _8/6/14_

Landlords and Percentages: _____

Address: _Benoit, MS_   Bin No.: _____   Farm No.: _4618_

Commodity: _Corn_   Location: _Dohomey_

Gross Weight: _____   Trucking Co.: _Phil Caudle_

Tare Weight: _____   Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket          (14)          106318

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partners_   Date: _8/6/14_

Landlords and Percentages: _____

Address: _Benoit, MS_   Bin No.: _____   Farm No.: _4618_

Commodity: _Corn_   Location: _Dohomey_

Gross Weight: _____   Trucking Co.: _Tate Trucking_

Tare Weight: _____   Net Weight: _____

Driver's Name: _Eric Brasseur_   _____

TH Prtg. #21471

Commodity Shipping Ticket    ⑮     106319

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership    Date: 8/6/14

Landlords and Percentages: _____

Address: Benoit, MS      Bin No.: _____  Farm No.: 4618

Commodity: Corn         Location: Dahomey

Gross Weight: _____   Trucking Co.: Cavines

Tare Weight: _____    Net Weight: _____

Driver's Name: Travis Washington

TH Ptg. #21471

---

Commodity Shipping Ticket    ⑯    106320

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership    Date: 8/6/14

Landlords and Percentages: _____

Address: Benoit, MS      Bin No.: _____  Farm No.: 4618

Commodity: Corn         Location: Dahomey

Gross Weight: _____   Trucking Co.: Cavings

Tare Weight: _____    Net Weight: _____

Driver's Name: Buckwheat

TH Ptg. #21471

Grace Ag - 008

Commodity Shipping Ticket · ⑰

109581

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Pnt._ Date: _Aug/07/14_

Landlords and Percentages: _____

Address: _Benoit Ms._ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dohomey_

Gross Weight: _____ Trucking Co.: _Krush Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Deron Johns_ _____

TH Prtg. #21471

---

Commodity Shipping Ticket ⑱

109596

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/7/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Kemper Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Hal Kemper_ _____

TH Prtg. #21471

Commodity Shipping Ticket (19)                    109582

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/7/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Steve Powers_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

---

Commodity Shipping Ticket (20)                    109583

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/7/201_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Kincade Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____ _Milton_

TH Prtg. #21471

Commodity Shipping Ticket ㉑

109597

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership  Date: 8/7/16

Landlords and Percentages: _____

Address: Benoit, MS  Bin No.: _____ Farm No.: 4618

Commodity: Corn  Location: Dahomey

Gross Weight: _____ Trucking Co.: Phil Caudle

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prig. #21471

Commodity Shipping Ticket ㉒

109598

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership  Date: 8/7/14

Landlords and Percentages: _____

Address: Benoit, MS  Bin No.: _____ Farm No.: 4618

Commodity: Corn  Location: Dahomey

Gross Weight: _____ Trucking Co.: Meo

Tare Weight: _____ Net Weight: _____

Driver's Name: Matt Keary

TH Pdg. #21471

Commodity Shipping Ticket (23)                    109587

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/7/14

Landlords and Percentages: _____

Address: Benoit MS        Bin No.: ____ Farm No.: 4618

Commodity: Corn          Location: Dahomey

Gross Weight: _____ Trucking Co.: ~~Krush~~ Tate Trucking

Tare Weight: _____ Net Weight: _____

Driver's Name: Charlie Bogath

TH Prtg. #21471

Commodity Shipping Ticket (24)                    109599

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/7/14

Landlords and Percentages: _____

Address: Benoit, MS       Bin No.: ____ Farm No.: 4618

Commodity: Corn          Location: Dahomey

Gross Weight: _____ Trucking Co.: Krush

Tare Weight: _____ Net Weight: _____

Driver's Name: Deron Johns

TH Prtg. #21471

Commodity Shipping Ticket ㉕                 109600

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/7/14_

Landlords and Percentages: _____

Address: _Benoit, MS_        Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_           Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Kemper Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Neil Kemper_

TH Prtg. #21471

---

Commodity Shipping Ticket ㉖                 109588

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/7/14_

Landlords and Percentages: _____

Address: _Benoit, MS_        Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_           Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Steve Powers_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Steve Powers_

TH Prtg. #21471

Commodity Shipping Ticket ㉗                107651

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/7/14

Landlords and Percentages: _____

Address: Benoit, MS        Bin No.: _____ Farm No.: 4618

Commodity: Corn          Location: Dahomey

Gross Weight: _____ Trucking Co.: Phil Caudle

Tare Weight: _____ Net Weight: _____

Driver's Name: Phil Caudle

TH Prtg. #21471

Commodity Shipping Ticket ㉘                107652

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/7/14

Landlords and Percentages: _____

Address: Benoit, MS        Bin No.: _____ Farm No.: 4618

Commodity: Corn          Location: Dahomey

Gross Weight: _____ Trucking Co.: John Felty

Tare Weight: _____ Net Weight: _____

Driver's Name: Micha Jewell   MJ

TH Prtg. #21471

Commodity Shipping Ticket (89)                    107653

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/7/14_

Landlords and Percentages: _____

Address: _Benoit, MS_  Bin No.: ____ Farm No.: _4618_

Commodity: _Corn_  Location: _Dahomey_

Gross Weight: ____  Trucking Co.: _Felty Farms_

Tare Weight: ____  Net Weight: ____

Driver's Name: _Kara Felty_

TH Prtg. #21471

---

Commodity Shipping Ticket (30)                    107654

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/13/14_

Landlords and Percentages: _____

Address: _Benoit, MS_  Bin No.: ____ Farm No.: _4618_

Commodity: _Corn_  Location: _Dahomey_

Gross Weight: ____  Trucking Co.: _Rick Gramling_

Tare Weight: ____  Net Weight: ____

Driver's Name: _Rick Grady_

TH Prtg. #21471

Commodity Shipping Ticket  (31)                    107655

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, Ms._  Bin No.: ____ Farm No.: _468_

Commodity: _Corn_  Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Donald's_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Benj Walker_

TH Prtg. #21471

---

Commodity Shipping Ticket  (32)                    107656

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, Ms._  Bin No.: ____ Farm No.: _468_

Commodity: _Corn_  Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _C. Alness_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Isaias Washing_

TH Prtg. #21471

Commodity Shipping Ticket   (33)                    107657

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091  •  Jason Coleman (870) 830-5526

Grace Ag Partnership

Producer Name: ~~Grace Ag Partnership~~ Date: 8/8/14

Landlords and Percentages: _____

Address: Benoit, Ms. _____ Bin No.: _____ Farm No.: 468

Commodity: Corn _____ Location: Dahomey

Gross Weight: _____ Trucking Co.: CArivess

Tare Weight: _____ Net Weight: _____

Driver's Name: Buckwheat

TH Prtg. #21471

---

Commodity Shipping Ticket   (34)                    107658

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091  •  Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 5/8/14

Landlords and Percentages: _____

Address: Benoit, MS _____ Bin No.: _____ Farm No.: 468

Commodity: Corn _____ Location: Dahomey

Gross Weight: _____ Trucking Co.: Krush Trucking

Tare Weight: _____ Net Weight: _____

Driver's Name: Deron Johns

TH Prtg. #21471

Commodity Shipping Ticket ⬭35⬭                    107659

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, MS_          Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_          Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Kincade Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Darrel_          _Darrel_

TH Prtg. #21471

Commodity Shipping Ticket ⬭36⬭                    107660

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, MS_          Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_          Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _A rM_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Bryn Jones_

TH Prtg. #21471

Commodity Shipping Ticket ③⑦                    107671

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: *Grace Ag Partnership*   Date: *8/8/14*

Landlords and Percentages: _____

Address: *Benoit, MS*   Bin No.: _____   Farm No.: *4618*

Commodity: *Corn*   Location: *Dahomey*

Gross Weight: _____   Trucking Co.: *THL*

Tare Weight: _____   Net Weight: _____

Driver's Name: *Roy Carter*

TH Prtg. #21471

Commodity Shipping Ticket ③⑧                    107672

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: *Grace Ag Partnership*   Date: *8/8/14*

Landlords and Percentages: _____

Address: *Benoit, MS*   Bin No.: _____   Farm No.: *4618*

Commodity: *Corn*   Location: *Dahomey*

Gross Weight: _____   Trucking Co.: *Cupp*

Tare Weight: _____   Net Weight: _____

Driver's Name: *Kelly Willi___*

TH Prtg. #21471

Commodity Shipping Ticket   (39)                    107673

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_  Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, ms_____ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_____ Location: _Dahomey____

Gross Weight: _____ Trucking Co.: _Donalds Truckin_

Tare Weight: _____ Net Weight: _____

Driver's Name: _WB James_____

TH Prtg. #21471

---

Commodity Shipping Ticket   (40)                    107674

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_  Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, ms_____ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_____ Location: _Dahomey____

Gross Weight: _____ Trucking Co.: _Cupp____

Tare Weight: _____ Net Weight: _____

Driver's Name: _Henry Flore_____

TH Prtg. #21471

Grace Ag - 020

Commodity Shipping Ticket  (41)                    107675

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/8/14

Landlords and Percentages: _____

Address: Benoit, MS         Bin No.: ____ Farm No.: 4618

Commodity: Corn           Location: Dahomey

Gross Weight: _____ Trucking Co.: THC

Tare Weight: _____ Net Weight: _____

Driver's Name: M. Brown

TH Prtg. #21471

---

Commodity Shipping Ticket  (42)                    107676

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/8/14

Landlords and Percentages: _____

Address: Benoit, MS         Bin No.: ____ Farm No.: 4618

Commodity: Corn           Location: Dahomey

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: Wright Farms

Driver's Name: Holley Collins Billy Collins

TH Prtg. #21471

Commodity Shipping Ticket   (43)                    107677

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, MS_____ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_____ Location: _Dahomey____

Gross Weight: _____ Trucking Co.: _JCL Farms_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Bobby Shell_____

TH Prtg. #21471

---

Commodity Shipping Ticket   (44)                    107678

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/8/14_

Landlords and Percentages: _____

Address: _Benoit, MS_____ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_____ Location: _Dahomey____

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _RobertThomas Robert Thomas_

TH Prtg. #21471

Grace Ag - 022

Commodity Shipping Ticket   (45)                107679

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/8/14

Landlords and Percentages: _____

Address: Benoit, ms _____ Bin No.: _____ Farm No.: 4618

Commodity: Corn _____ Location: Dahomey

Gross Weight: _____ Trucking Co.: Phil Carroll

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket   (46)                107680

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/8/14

Landlords and Percentages: _____

Address: Benoit, ms _____ Bin No.: _____ Farm No.: 4618

Commodity: Corn _____ Location: Dahomey

Gross Weight: _____ Trucking Co.: li'l B628

Tare Weight: _____ Net Weight: _____

Driver's Name: Brandon May

TH Prtg. #21471

Commodity Shipping Ticket (47)

106205

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_   Date: _8-9-14_

Landlords and Percentages:_____

Address: _Benoit, MS_   Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_   Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Tate Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Charlie Bozarth_

TH Ptg. #21471

Commodity Shipping Ticket (48)

106206

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_   Date: _____

Landlords and Percentages:_____

Address: _Benoit, MS_   Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_   Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Phil Caus_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Ptg. #21471

Commodity Shipping Ticket   (49)                     106207

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/9/14_

Landlords and Percentages: _____

Address: _Benoit, MS_        Bin No.: ____ Farm No.: _46 18_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Lil Bo20 Tru_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Brandon Moff_

TH Prtg. #21471

---

Commodity Shipping Ticket   (50)                     106208

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_        Bin No.: ____ Farm No.: _4618_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Tate Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Charli Bogart_

TH Prtg. #21471

Commodity Shipping Ticket   (51)                    106209

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_ _____ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ _____ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Deltark_

Tare Weight: _____ Net Weight: _____

Driver's Name: _John McLin_

TH Prtg. #21471

---

Commodity Shipping Ticket  (52)                    106210

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/10/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ _____ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ _____ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Cupp_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Justin L_

TH Prtg. #21471

Commodity Shipping Ticket  (53)          106251

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/10/14

Landlords and Percentages: _____

Address: Benoit, MS _____ Bin No.: ____ Farm No.: 4618

Commodity: Corn _____ Location: Dahomey

Gross Weight: _____ Trucking Co.: Cupp

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Ptg. #21471

---

Commodity Shipping Ticket  (54)          106252

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/10/14

Landlords and Percentages: _____

Address: Benoit, MS _____ Bin No.: ____ Farm No.: 4618

Commodity: Corn _____ Location: Dahomey

Gross Weight: _____ Trucking Co.: Dawg Trucking

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Ptg. #21471

Commodity Shipping Ticket (55)                     106253

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/10/14_

Landlords and Percentages: _____

Address: _Benoit, MS_    Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Donald's Truck_

Tare Weight: _____ Net Weight: _____

Driver's Name: _WB Jones_

TH Prtg. #21471

Commodity Shipping Ticket (56)                     106254

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_    Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Cupp_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Kelly William_

TH Prtg. #21471

Grace Ag - 028

Commodity Shipping Ticket (57)

106255

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_     Bin No.: ____ Farm No.: _46.18_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Phil Clint_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

---

Commodity Shipping Ticket (58)

106256

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/11/14_

Landlords and Percentages: _____

Address: _Benoit, ms_     Bin No.: ____ Farm No.: _46.18_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Cupp Truck_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Kelly Will_

TH Prtg. #21471

Grace Ag - 029

Commodity Shipping Ticket  (5a)                    106257

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership  Date: 8/11/14

Landlords and Percentages: _____

Address: Benoit, MS  Bin No.: _____ Farm No.: 4618

Commodity: Corn  Location: Dahomey

Gross Weight: _____ Trucking Co.: Cupp Trucking

Tare Weight: _____ Net Weight: _____

Driver's Name: Just Cash

TH Prig. #21471

Commodity Shipping Ticket  (60)                    106258

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership  Date: 8/11/14

Landlords and Percentages: _____

Address: Benoit, MS  Bin No.: _____ Farm No.: 4618

Commodity: Corn  Location: Dahomey

Gross Weight: _____ Trucking Co.: Cupp Truckn

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prig. #21471

Commodity Shipping Ticket    (61)                 106259

## TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Pardnership_    Date: _8/11/14_

Landlords and Percentages: _____

Address: _Benoit, MS_    Bin No.: _____    Farm No.: _4618_

Commodity: _Corn_    Location: _Dahomey_

Gross Weight: _____    Trucking Co.: _Donald's Truck_

Tare Weight: _____    Net Weight: _____

Driver's Name: _WB Samel_

TH Prtg. #21471

---

Commodity Shipping Ticket    (62)                 106260

## TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Pardnership_ Date: _8/11/14_

Landlords and Percentages: _____

Address: _Benoit, MS_    Bin No.: _____    Farm No.: _4618_

Commodity: _Corn_    Location: _Dahomey_

Gross Weight: _____    Trucking Co.: _A & M_

Tare Weight: _____    Net Weight: _____

Driver's Name: _Bryan Jones_

TH Prtg. #21471

Commodity Shipping Ticket  106261

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/11/14_

Landlords and Percentages: _____

Address: _Benoit, ms_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _hh Bozo Exp_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Brandon May_

TH Prtg. #21471

Commodity Shipping Ticket  106262

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/11/14_

Landlords and Percentages: _____

Address: _Benoitt, ms_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Tate Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Charlie Bryant_

TH Prtg. #21471

Commodity Shipping Ticket      106263

### TURNER GRAIN
**411 NORTH MAIN**
**BRINKLEY, AR 72021**
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/11/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Donald's Truck_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Gerald_

TH Prtg. #21471

Commodity Shipping Ticket   66   106264

### TURNER GRAIN
**411 NORTH MAIN**
**BRINKLEY, AR 72021**
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Daury_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Jay Derry_

TH Prtg. #21471

Grace Ag - 033

Commodity Shipping Ticket      106265

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_     Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_     Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Cupp Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket   ⬭68   106266

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8-10-14_

Landlords and Percentages: _____

Address: _Benoit, MS_     Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_     Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Toto_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Charlie Smith_

TH Prtg. #21471

Grace Ag - 034

Commodity Shipping Ticket  (69)                    106267

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/11

Landlords and Percentages: _____

Address: Benoit, MS          Bin No.: _____  Farm No.: 4618

Commodity: Corn             Location: Dahomey

Gross Weight: _____ Trucking Co.: Lil Bozo Exp.

Tare Weight: _____ Net Weight: _____

Driver's Name: Birchell May

TH Prtg. #21471

---

Commodity Shipping Ticket  (70)                    106268

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Partnership Date: 8/11/14

Landlords and Percentages: _____

Address: Benoit, MS          Bin No.: _____  Farm No.: 4618

Commodity: Corn             Location: Dahomey

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: John W. Oberly

TH Prtg. #21471

Commodity Shipping Ticket (71)                    106269

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit MS_   Bin No.: ____  Farm No.: _4618_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____  Trucking Co.: _AYM_

Tare Weight: _____   Net Weight: _____

Driver's Name: _Biyen Jones_

TH Prtg. #21471

Commodity Shipping Ticket (72)                    106270

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_   Bin No.: ____  Farm No.: _4618_

Commodity: _Corn_        Location: _Dahomey_

Gross Weight: _____  Trucking Co.: _Cupp_

Tare Weight: _____   Net Weight: _____

Driver's Name: _Justy_

TH Prtg. #21471

Commodity Shipping Ticket  ⑦③          106271

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, ms_ ___ Bin No.: ___ Farm No.: _4618_

Commodity: _Corn_ ___ Location: _Dehomey_

Gross Weight: _____ Trucking Co.: _____

Tare Weight: _____ Net Weight: _____

Driver's Name: _Johnny Hart_

TH Prtg. #21471

---

Commodity Shipping Ticket ⑦④          120711

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ ___ Bin No.: ___ Farm No.: _4618_

Commodity: _Corn_ ___ Location: _Dehomey_

Gross Weight: _____ Trucking Co.: _Douglas Truc_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Gerald Whitall_

TH Prtg. #21471

Commodity Shipping Ticket   (75)                    120712

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Pardnership  Date: 8/12/14

Landlords and Percentages: _____

Address: Benoit, MS    Bin No.: _____ Farm No.: 4618

Commodity: Corn        Location: Dahomey

Gross Weight: _____ Trucking Co.: Cupp Trucks

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket   (76)                    120713

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: Grace Ag Pardnership  Date: 8/12/14

Landlords and Percentages: _____

Address: Benoit, MS    Bin No.: _____ Farm No.: 4618

Commodity: Corn        Location: Dahomey

Gross Weight: _____ Trucking Co.: Donald's Truck

Tare Weight: _____ Net Weight: _____

Driver's Name: WB James

TH Prtg. #21471

Commodity Shipping Ticket  (77)                    120714

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_         Bin No.: _____ Farm No.: _4668_

Commodity: _Corn_             Location: _Dahomey_

Gross Weight: _____   Trucking Co.: _Tate Trucking_

Tare Weight: _____    Net Weight: _____

Driver's Name: _Charlie Booth_

TH Prtg. #21471

Commodity Shipping Ticket  (78)                    120715

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_         Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_             Location: _Dahomey_

Gross Weight: _____   Trucking Co.: _Dux Trucking_

Tare Weight: _____    Net Weight: _____

Driver's Name: _____

TH Prtg. #21471

Commodity Shipping Ticket  120716

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Parnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _LP Trucking_

Tare Weight: _____ Net Weight: _____

Driver's Name: _LYMAS PLATT_

TH Prtg. #21471

Commodity Shipping Ticket 80 120717

### TURNER GRAIN
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Parnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _T.J. Davis Trans_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Thomas Jr Davis_

TH Prtg. #21471

Commodity Shipping Ticket 

120718

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: ____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _JLC Farms_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Bobby_

TH Prtg. #21471

---

Commodity Shipping Ticket ⑧②

120719

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_ Bin No.: ____ Farm No.: _4618_

Commodity: _Corn_ Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Bar D Tractor_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Roy Lawson_

TH Prtg. #21471

Commodity Shipping Ticket (83)                    120720

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _8/12/14_

Landlords and Percentages: _____

Address: _Benoit, MS_     Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_     Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _Bar-D Trucks_

Tare Weight: _____ Net Weight: _____

Driver's Name: _Dean Strother_

TH Prtg. #21471

Commodity Shipping Ticket (84)                    120721

**TURNER GRAIN**
411 NORTH MAIN
BRINKLEY, AR 72021
OFFICE: (870) 734-4747
Dale Bartlett (870) 830-4091 • Jason Coleman (870) 830-5526

Producer Name: _Grace Ag Partnership_ Date: _____

Landlords and Percentages: _____

Address: _Benoit, MS_     Bin No.: _____ Farm No.: _4618_

Commodity: _Corn_     Location: _Dahomey_

Gross Weight: _____ Trucking Co.: _TDR Trucks_

Tare Weight: _____ Net Weight: _____

Driver's Name: _____

TH Prtg. #21471



CC & B - 001

#2

**Farmer's Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

**SHIPPING TICKET**

CIRCLE ONE:

Soybeans    Wheat    Milo    Corn    Rice

| | |
|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | Waterproof, LA (318) 749-3762 |

CUST#

Producer ___CCB Farms___

Field / Bin #  ___Hopson Ross___

Date Loaded: ___3-6-14___

Farm # _____    Loading Location: ___Littal #5___    = ___ % of load

Trucking Co.: ___Jul Cowling___    Harvested by: _____    = ___ % of load

Truck Driver Name: _____

Shipper _____    Driver: _____    = ___ % of load

**RICE ONLY**

Deliver to FARMER'S GRAIN TERMINAL

at _____
(City)

_____                    Lot # _____
(Signature)               Variety _____
                          _____
                          (Signature)

552701

WHITE COPY - Elevator Copy - Give to Truck Driver          YELLOW COPY - Producer Copy - Keep for your records

CC & B - 002

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

**SHIPPING TICKET**

CIRCLE ONE:

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | | Waterproof, LA (318) 749-3762 |

Soybeans    Wheat    Milo    Corn    Rice    CUST#

Producer _C & B Farms_

_Hodgen Rosg_

Date Loaded: _8-6-14_          Loading Location: _Frltll MS_

Field / Bin # _____          Harvested by: _____

Farm # _____

Trucking Co.: _Filly Farms_          =              _____ % of load

Truck Driver Name: _Tony Filly_          _E  297546_              _____ % of load

Shipper _____          Driver: _____              _____ % of load

Deliver to FARMERS GRAIN TERMINAL,

at _____          Driver: _____
      (City)                    (Signature)

_____
(Signature)

**RICE ONLY**

| Lot # | _____ |
| Variety | _____ |

552702

CC & B - 003

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

**SHIPPING TICKET**

‹ CIRCLE ONE: ›

Soybeans    Wheat    Milo    Corn    Rice

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | | Waterproof, LA (318) 749-3762 |

CUST#

Producer _C&B Farms_

_Hi-Pro Russe_ (Signature)

Date Loaded: _8-6-14_          Loading Location: _Ethill #6_

Field / Bin #: _____          Harvested by: _____          = _____ % of load

Farm #: _____                                   = _____ % of load

Trucking Co.: _John Felly Farm_                   = _____ % of load

Truck Driver Name: _____

Shipper _____          Driver: _____

Deliver to FARMER'S GRAIN TERMINAL          (Signature)

**RICE ONLY**

| Lot # | _____ |
| Variety | _____ |

at _____
        (City)

552703

WHITE COPY - Elevator Copy - Give to Truck Driver          YELLOW COPY - Producer Copy - Keep for your records

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| | | Greenville, MS 38702 | | |
| Indianola, MS | Hollandale, MS | | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | **SHIPPING TICKET** | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | CIRCLE ONE: | | Waterproof, LA |
| (662) 453-5423 | Soybeans    Wheat    Milo    (Corn)    Rice | | | (318) 749-3762 |

CUST#   ~~B~~ 4

Producer   *CC&B Farms* _____ _____ = _____ % of load

_*Harper Ross*_ _____ _____ = _____ % of load

_____ _____ = _____ % of load

Date Loaded: *8-6-14* _____ Loading Location: *Estill* _____

Field / Bin #_____ Harvested by:_____

Farm #_____

Trucking Co.: *Caviness Trucking* _____ *F273353* _____

Truck Driver Name: *Travis* _____

Shipper_____ Driver:_____
              (Signature)                                        (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at_____
        (City)

**RICE ONLY**

Lot # _____

Variety _____

552704

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

CC & B - 005

Greenville, MS
(662) 332-0987

Belzoni, MS
(662) 247-3828

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Lake Village, AR
(870) 265-5301

Mound, LA
(318) 574-0564

Indianola, MS
(662) 887-5610

Hollandale, MS
(662) 827-2037

**SHIPPING TICKET**

Yellow Bend, AR
(870) 877-2362

Waverly, LA
(318) 878-8232

Greenwood, MS
(662) 453-5423

CIRCLE ONE:

Waterproof, LA
(318) 749-3762

Soybeans    Wheat    Milo    Corn    Rice      CUST#

Producer _CCAB Farms_ _____ = ___ % of load
_Harper Ross_ _____ = ___ % of load
_____ = ___ % of load

Date Loaded: _8-6-14_      Loading Location: _Est. 11_

Field / Bin # _____    Harvested by: _____

Farm # _____
Trucking Co.: _Ikr-D Trucking_    _K 792389_
Truck Driver Name: _Rodger_
Shipper _____ (Signature)     Driver: _____ (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____ (City)

**RICE ONLY**
Lot # _____
Variety _____

**552705**

WHITE COPY - Elevator Copy - Give to Truck Driver      YELLOW COPY - Producer Copy - Keep for your records

CC & B - 006

*Start 8-7-14*

| | | **Farmers Grain Terminal, Inc.** | | |
|---|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | **SHIPPING TICKET** | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | CIRCLE ONE: | #6 *(circled)* | Waterproof, LA (318) 749-3762 |

Soybeans    Wheat    Milo    Corn    Rice          CUST#

Producer   *CC+B Farms* _____ _____ = _____ % of load
           *Harper Ross* _____ _____ = _____ % of load
           _____ _____ = _____ % of load

Date Loaded: *8-7-14* _____   Loading Location: *E Hill, MS* _____

Field / Bin # _____   Harvested by: _____

Farm # _____

Trucking Co.: ~~_____~~ *JR Trucking #4   K 756562* _____

Truck Driver Name: *Bred* _____

Shipper _____   Driver: _____
                (Signature)                              (Signature)

**Deliver to FARMER'S GRAIN TERMINAL**

at _____
        (City)

| **RICE ONLY** | |
|---|---|
| Lot # _____ | |
| Variety _____ | **552706** |

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

CC & B - 007

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| | | Greenville, MS 38702 | | |
| Indianola, MS | Hollandale, MS | | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | **SHIPPING TICKET** | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | CIRCLE ONE: | | Waterproof, LA |
| (662) 453-5423 | | | | (318) 749-3762 |

Soybeans    Wheat    Milo    Corn    Rice

#7

CUST#

| Producer | CC+B Farms | | _____ | = | _____ % of load |
| | Harper Ross | | _____ | = | _____ % of load |
| | | | _____ | = | _____ % of load |

Date Loaded: 8-7-14                     Loading Location: Estill, Ms

Field / Bin #_____          Harvested by:_____

Farm #_____

Trucking Co.: Fields Farms        281596

Truck Driver Name: Terry

Shipper _____                 Driver:_____
                (Signature)                                    (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
        (City)

**RICE ONLY**

Lot # _____

Variety _____

552707

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

CC & B - 008

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| | | Greenville, MS 38702 | | |
| Indianola, MS | Hollandale, MS | | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | **SHIPPING TICKET** | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | CIRCLE ONE: | | Waterproof, LA |
| (662) 453-5423 | | | | (318) 749-3762 |

#1 B

Soybeans    Wheat    Milo    (Corn)    Rice        CUST#

Producer _CC&B Farms_ _____ _____ = _____ % of load

_Harper Ross_ _____ _____ = _____ % of load

_____ _____ = _____ % of load

Date Loaded: _8-7-14_ _____ Loading Location: _Estill, MS_ _____

Field / Bin # _____ Harvested by: _____

Farm # _____

Trucking Co.: _Rick Gremling_ _RB_ _K 48618_

Truck Driver Name: _Kick_ _____

Shipper _____ Driver: _____

(Signature)                                    (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
(City)

**RICE ONLY**

| Lot # _____ |
| Variety _____ |

552708

WHITE COPY - Elevator Copy - Give to Truck Driver        YELLOW COPY - Producer Copy - Keep for your records

CC & B - 009

| Greenville, MS | Belzoni, MS | | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | **Farmers Grain Terminal, Inc.** | (870) 265-5301 | (318) 574-0564 |
| Indianola, MS | Hollandale, MS | P.O. Drawer 1796 | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | Greenville, MS 38702 | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | **SHIPPING TICKET** | | Waterproof, LA |
| (662) 453-5423 | | CIRCLE ONE: | | (318) 749-3762 |

Soybeans    Wheat    Milo    (Corn)    Rice    #G    CUST#

Producer _____ CCLB Farms _____ = _____ % of load
_____ Harper Ross _____ = _____ % of load
_____ = _____ % of load

Date Loaded: 8-7-14 _____ Loading Location: EsHill, MS

Field / Bin # _____ Harvested by: _____

Farm # _____

Trucking Co.: Johns, Fathy/ Farms RD  K F 1860 215  F 280215

Truck Driver Name: John

Shipper _____ Driver: _____
(Signature)                              (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
(City)

**RICE ONLY**

Lot # _____

Variety _____

552709

WHITE COPY - Elevator Copy - Give to Truck Driver        YELLOW COPY - Producer Copy - Keep for your records

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
|---|---|---|---|---|

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |

### SHIPPING TICKET

CIRCLE ONE:

| Greenwood, MS (662) 453-5423 | | | | Waterproof, LA (318) 749-3762 |

Soybeans     Wheat     Milo     Corn     Rice          $O \#10$     $H/0$

CUST#

Producer  _CC&B Farms_  = _____ % of load
_Harper / Ross_  = _____ % of load
_____  = _____ % of load

Date Loaded: _8-7-14_     Loading Location: _Estill, MS_

Field / Bin # _____     Harvested by: _____

Farm # _____

Trucking Co.: _A&M Trucking_     _KK78829_

Truck Driver Name: _Brylin_

Shipper _____     Driver: _____
(Signature)                          (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
(City)

### RICE ONLY

Lot # _____

Variety _____

552710

WHITE COPY - Elevator Copy - Give to Truck Driver          YELLOW COPY - Producer Copy - Keep for your records

| | | Farmers Grain Terminal, Inc. | | |
|---|---|---|---|---|
| Greenville, MS | Belzoni, MS | P.O. Drawer 1796 | Lake Village, AR | Mound, LA |
| (662) 332-0987 | (662) 247-3828 | Greenville, MS 38702 | (870) 265-5301 | (318) 574-0564 |
| Indianola, MS | Hollandale, MS | **SHIPPING TICKET** | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | CIRCLE ONE: | | Waterproof, LA |
| (662) 453-5423 | | | #11 | (318) 749-3762 |

Soybeans    Wheat    Milo    Corn    Rice          CUST#

Producer   _CCLB Farms_ _____ = _____ % of load

_Harper Ross_ _____ = _____ % of load

_____ = _____ % of load

Date Loaded: _8-7-14_          Loading Location: _Estill, MS_

Field / Bin # _____          Harvested by: _____

Farm # _____

Trucking Co.: _D+S Farms_

Truck Driver Name: _David Short_          _F28C 352_

Shipper _____          Driver: _____
         (Signature)                    (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
      (City)

**RICE ONLY**

| Lot # _____ | 552711 |
|---|---|
| Variety _____ | |

WHITE COPY - Elevator Copy - Give to Truck Driver          YELLOW COPY - Producer Copy - Keep for your records

CC & B - 012

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| | | Greenville, MS 38702 | | |
| Indianola, MS | Hollandale, MS | | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | **SHIPPING TICKET** | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | | | Waterproof, LA |
| (662) 453-5423 | | CIRCLE ONE: | #12 | (318) 749-3762 |

Soybeans   Wheat   Milo   Corn   Rice                    CUST#

Producer _C C & B Farms_____ _____ = _____ % of load

_Hope Ross_____ _____ = _____ % of load

_____ = _____ % of load

Date Loaded: _8-7-14_____   Loading Location: _Ext. 11, MS_____

Field / Bin #_____   Harvested by: _____

Farm #_____

Trucking Co.: _Cupp Trucking   #17     F 200503_

Truck Driver Name: _Gary_____

Shipper _____   Driver: _____
        (Signature)                        (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at_____
        (City)

**RICE ONLY**

Lot # _____

Variety _____

552712

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

CC & B - 013

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |

| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |

**SHIPPING TICKET**

CIRCLE ONE:

# 13

| Greenwood, MS (662) 453-5423 | Soybeans | Wheat | Milo | Corn | Rice | Waterproof, LA (318) 749-3762 |

CUST#

Producer   C C & B Farms _____ = _____ % of load
           Harper Ross _____ = _____ % of load
           _____ = _____ % of load

Date Loaded: _8-7-14_____   Loading Location: _Estill, MS____

Field / Bin #_____   Harvested by: _____

Farm #_____

Trucking Co.: _Donald's Trucking___   _F289280_____

Truck Driver Name: _Warren_____

Shipper_____   Driver:_____
          (Signature)                        (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at_____
      (City)

**RICE ONLY**

Lot # _____

Variety _____

552713

WHITE COPY - Elevator Copy - Give to Truck Driver        YELLOW COPY - Producer Copy - Keep for your records

CC & B - 014

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| Indianola, MS | Hollandale, MS | Greenville, MS 38702 | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | **SHIPPING TICKET** | | Waterproof, LA |
| (662) 453-5423 | | CIRCLE ONE: | | (318) 749-3762 |

Soybeans     Wheat     Milo     Corn     Rice     # 14

Producer   *C C + R Farms*                                      CUST#
          *H i p r Ross*                                    = ____ % of load
                                                            = ____ % of load

Date Loaded: *8 - 7 - 14*                    Loading Location: ____          = ____ % of load

Field / Bin # ____

Farm # ____                                  Harvested by: ____

Trucking Co.: *Cupp Trucking  Ly 266503*

Truck Driver Name: *Billy Williams*

Shipper ____                                 Driver: ____
         (Signature)                                 (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at ____
        (City)

**RICE ONLY**

Lot # ____

Variety ____              552714

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

CC & B - 015

| Greenville, MS<br>(662) 332-0987 | Belzoni, MS<br>(662) 247-3828 | **Farmers Grain Terminal, Inc.**<br>P.O. Drawer 1796<br>Greenville, MS 38702 | Lake Village, AR<br>(870) 265-5301 | Mound, LA<br>(318) 574-0564 |

Indianola, MS
(662) 887-5610

Hollandale, MS
(662) 827-2037

Yellow Bend, AR
(870) 877-2362

Waverly, LA
(318) 878-8232

## SHIPPING TICKET

Greenwood, MS
(662) 453-5423

Waterproof, LA
(318) 749-3762

CIRCLE ONE:

#15

Soybeans     Wheat     Milo     (Corn)     Rice

CUST#

Producer _CC+B Farms_ _____ = _____ % of load

_Harper Ross_ _____ = _____ % of load

_____ = _____ % of load

Date Loaded: _8-7-14_ _____ Loading Location: _____

Field / Bin #_____ Harvested by: _____

Farm #_____

Trucking Co.: _Donald Trucking t.p #288784_

Truck Driver Name: _Donald White_

Shipper _____ Driver: _____
(Signature)                                (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at_____
(City)

### RICE ONLY

Lot # _____

Variety _____

552715

WHITE COPY - Elevator Copy - Give to Truck Driver        YELLOW COPY - Producer Copy - Keep for your records

CC & B - 016

| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | **Farmers Grain Terminal, Inc.** | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
|---|---|---|---|---|

P.O. Drawer 1796
Greenville, MS 38702

| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
|---|---|---|---|---|

### SHIPPING TICKET

Greenwood, MS
(662) 453-5423

CIRCLE ONE:

#16

Waterproof, LA
(318) 749-3762

Soybeans      Wheat      Milo      (Corn)      Rice

CUST#

Producer  _CC+B Farms_  _____ = _____ % of load
          _Harper Ross_  _____ = _____ % of load
          _____  _____ = _____ % of load

Date Loaded: _8-7-14_ _____ Loading Location: _____

Field / Bin #: _____ Harvested by: _____

Farm #: _____

Trucking Co.: _~~TRIDR~~_  _Ly *387728_

Truck Driver Name: _Chris Bahm_

Shipper _____ Driver: _____
         (Signature)                    (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
      (City)

**RICE ONLY**

Lot # _____

Variety _____

552716

WHITE COPY - Elevator Copy - Give to Truck Driver     YELLOW COPY - Producer Copy - Keep for your records

CC & B - 017

| | | **Farmers Grain Terminal, Inc.** | | |
|---|---|---|---|---|
| Greenville, MS (662) 332-0987 | Belzoni, MS (662) 247-3828 | P.O. Drawer 1796 Greenville, MS 38702 | Lake Village, AR (870) 265-5301 | Mound, LA (318) 574-0564 |
| Indianola, MS (662) 887-5610 | Hollandale, MS (662) 827-2037 | **SHIPPING TICKET** | Yellow Bend, AR (870) 877-2362 | Waverly, LA (318) 878-8232 |
| Greenwood, MS (662) 453-5423 | | CIRCLE ONE: | #17 | Waterproof, LA (318) 749-3762 |

Soybeans   Wheat   Milo   Corn   Rice

CUST#

Producer _CC&B Farms_ _____ _____ = _____ % of load

_Harper Ross_ _____ _____ = _____ % of load

_____ _____ = _____ % of load

Date Loaded: _2-8-14_                Loading Location: _Estill, MS_

Field / Bin # _____ Harvested by: _____

Farm # _____

Trucking Co.: _D&S Farms_                _F286752_

Truck Driver Name: _David Short_

Shipper _____ Driver: _____
            (Signature)                          (Signature)

Deliver to FARMER'S GRAIN TERMINAL.

at _____
            (City)

**RICE ONLY**

Lot # _____

Variety _____

552717

WHITE COPY - Elevator Copy - Give to Truck Driver          YELLOW COPY - Producer Copy - Keep for your records

CC & B - 018

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| | | Greenville, MS 38702 | | |
| Indianola, MS | Hollandale, MS | | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | **SHIPPING TICKET** | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | CIRCLE ONE: | #18 | Waterproof, LA |
| (662) 453-5423 | Soybeans | Wheat   Milo   Corn   Rice | | (318) 749-3762 |

CUST#

Producer _CC&B Farms_____ _____ = _____ % of load

_Harper Ross_____ _____ = _____ % of load

_____ _____ = _____ % of load

Date Loaded: _8-8-14_____ Loading Location: _Est. 11, MS_____

Field / Bin #_____ Harvested by:_____

Farm #_____

Trucking Co.: _Anthony Meshbarn_____ _F 288212_____

Truck Driver Name: _____

Shipper_____ Driver:_____
(Signature)                              (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at_____
(City)

**RICE ONLY**

Lot # _____

Variety _____

552718

WHITE COPY - Elevator Copy - Give to Truck Driver      YELLOW COPY - Producer Copy - Keep for your records

CC & B - 019

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |
| | | Greenville, MS 38702 | | |
| Indianola, MS | Hollandale, MS | | Yellow Bend, AR | Waverly, LA |
| (662) 887-5610 | (662) 827-2037 | **SHIPPING TICKET** | (870) 877-2362 | (318) 878-8232 |
| Greenwood, MS | | (CIRCLE ONE:) | | Waterproof, LA |
| (662) 453-5423 | | | #19 | (318) 749-3762 |

Soybeans    Wheat    Milo    Corn    Rice

CUST#

Producer _CC+B Farms_ _PO 21686_ = _____ % of load

_Hopn Russ_ _____ = _____ % of load

_____ = _____ % of load

Date Loaded: _8-8-14_          Loading Location: _____

Field / Bin # _____          Harvested by: _Estill, MS_

Farm # _____

Trucking Co.: _DRW Trucking_          _P220223_

Truck Driver Name: _Jason_

Shipper _____          Driver: _____

(Signature)                                    (Signature)

Deliver to FARMER'S GRAIN TERMINAL

**RICE ONLY**

at _____

(City)

Lot # _____

Variety _____

552719

WHITE COPY - Elevator Copy - Give to Truck Driver      YELLOW COPY - Producer Copy - Keep for your records

CC & B - 020

| Greenville, MS | Belzoni, MS | **Farmers Grain Terminal, Inc.** | Lake Village, AR | Mound, LA |
|---|---|---|---|---|
| (662) 332-0987 | (662) 247-3828 | P.O. Drawer 1796 | (870) 265-5301 | (318) 574-0564 |

**Farmers Grain Terminal, Inc.**
P.O. Drawer 1796
Greenville, MS 38702

Indianola, MS      Hollandale, MS
(662) 887-5610      (662) 827-2037

Yellow Bend, AR      Waverly, LA
(870) 877-2362      (318) 878-8232

Greenwood, MS
(662) 453-5423

## SHIPPING TICKET

CIRCLE ONE:      #20

Waterproof, LA
(318) 749-3762

Soybeans      Wheat      Milo      Corn      Rice

CUST#

Producer  _CC+B Farms_ _____ = _____ % of load
_H-M Ross_ _____ = _____ % of load
_____ = _____ % of load

Date Loaded: _8-8-14_      Loading Location: _Estill, MS_

Field / Bin # _____      Harvested by: _____

Farm # _____

Trucking Co.: _DRew Trucking_      _(221756)_

Truck Driver Name: _David_

Shipper _____      Driver: _____
(Signature)                              (Signature)

Deliver to FARMER'S GRAIN TERMINAL

at _____
(City)

### RICE ONLY

Lot # _____

Variety _____

**552720**

WHITE COPY - Elevator Copy - Give to Truck Driver      YELLOW COPY - Producer Copy - Keep for your records

CC & B - 021