# AFFIDAVIT OF SERVICE

**State of Arkansas**          **County of Eastern**          **District Court**

Case Number: 2:14 CV 119-BSM

Plaintiff:
**Harper Ross Farms, Gracewood Farms, Grace AG Partnership, CC & B Farms, Triple C Farms and Reality Partners, II**
vs.
Defendant:
**Jason T. Coleman; ET AL**

For: P. Scott Phillips
     Campbell Delong, LLP

Received by MYERS ATTORNEY'S SERVICE to be served on **Rice America, Inc, 411 N. Main Street, Brinkley, AR 72021**. I, _Daniel Maglothin_, being duly sworn, depose and say that on the _14th_ day of _Oct._, 20_14_ at _7:34_ a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT (JURY TRIAL DEMANDED), EXHIBITS,** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✓) CORPORATE SERVICE: By Serving _Jason Coleman_ as _Corp Officer_

( ) OTHER SERVICE: See Comments Below:

( ) NON SERVICE: See Comments Below:

Service Was Completed At: _1907 S. Grand Ave, Brinkley AR 72021_

**COMMENTS:** _____



## AFFIDAVIT OF SERVICE For 2:14 CV 119-BSM

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**Daniel Maglothin**
#1JCPS-2014-1
501-442-0229

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
300 Spring Building
300 Spring Street, Suite 715
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2014006568

NOTARY PUBLIC



STEPHANIE MYERS
COMM. EXP.
7-8-2021
No. 12383058
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| HARPER ROSS FARMS, GRACEWOOD FARMS, GRACE AG PARTNERSHIP, CC&B FARMS, TRIPLE C FARMS, and REALITY PARTNERS II<br><br>*Plaintiff(s)*<br>v.<br>JASON T. COLEMAN, CHRISTOPHER TAYLOR, NEAUMAN COLEMAN; TURNER GRAIN MERCHANDISING, INC.; TURNER GRAIN, INC. d/b/a TURNER GRAIN; AGRI-PETROLEUM SALES, LLC; AGRIBUSINESS PROPERTIES, LLC; IVORY RICE, LLC; BRINKLEY TRUCK BROKERAGE, LLC; LJTC, L.L.C.; NEAUMAN COLEMAN & CO - LLC; RICE AMERICA, INC.; RICE ARKANSAS, INC.; TURNER NORTH, LLC; and JOHN AND JANE DOES 1-30<br>*Defendant(s)* | Civil Action No. 2:14cv119-BSM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rice America, Inc.
411 N. Main Street
Brinkley, Arkansas 72021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bradley F. Hathaway
P. Scott Phillips
Campbell DeLong, LLP
923 Washington Avenue
Post Office Box 1856 (38702-1856)
Greenville, MS 38701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: 10/2/14

_____
*Signature of Clerk or Deputy Clerk*