**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**HARPER ROSS FARMS, et al**                                    **PLAINTIFFS**

**v.**                          **CASE NO.: 2:14CV00119 BSM**

**COLEMAN, et al.**                                           **DEFENDANTS**

## <u>ORDER</u>

Defendant Turner Grain Merchandising, Inc., has filed a petition under Chapter 11 of the United States Bankruptcy Code.  Pursuant to 11 U.S.C. § 362, the clerk is hereby directed to stay this case pending resolution of the bankruptcy proceeding.

IT IS SO ORDERED this 13th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE