IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HARPER ROSS FARMS,** *et al.*                                                                    **PLAINTIFFS**

v.                          **CASE NO. 2:14-CV-00119-BSM**

**JASON T COLEMAN,** *et al.*                                                                    **DEFENDANTS**

## ORDER

This case has been stayed pending bankruptcy since November 13, 2014. Doc. No. 41. After failing to provide a status update when ordered, Doc. No. 61, the parties were ordered to show cause why this case should not be dismissed. Doc. No. 63. The deadline to show cause has passed, and no communication has been received from the parties. Accordingly, this case is dismissed without prejudice. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962).

IT IS SO ORDERED this 25th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE