IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HARPER ROSS FARMS,** *et al.* **PLAINTIFFS**

**v.** **CASE NO. 2:14-CV-00119-BSM**

**JASON T COLEMAN,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE